**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRA DIVISION**

| ROOFERS' PENSION FUND, on behalf of itself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DXC TECHNOLOGY COMPANY, MICHAEL J. SALVINO, JOHN SWEENEY, KENNETH P. SHARP, and ROBERT F. DEL BENE,<br><br>Defendants. | Case No. 1:24-cv-01351-LMB-WEF<br><br>CLASS ACTION |
|---|---|

**DECLARATION OF EMILY M. SCOTT IN SUPPORT OF THE MOTION OF THE POLICEMEN'S ANNUITY AND BENEFIT FUND OF CHICAGO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Emily M. Scott, declare as follows:

1. I am a member in good standing of the bar of the Commonwealth of Virginia and am admitted to practice before this Court. I am a Partner of the law firm Hirschler Fleischer, P.C. I submit this declaration in support of the Motion of the Policemen's Annuity and Benefit Fund of Chicago ("Chicago Police") for entry of an order: (i) appointing Chicago Police as Lead Plaintiff; (ii) approving its selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Lead Counsel for the Class; and (iii) granting any further relief as the court may deem just and proper.

2. Attached as Exhibits A through D are true and correct copies of the following documents:

EXHIBIT A: Sworn Certification of Chicago Police;

EXHIBIT B: Chart of transactions and losses of Chicago Police;

EXHIBIT C: Notice of pendency of *Roofers' Pension Fund v. DXC Technology Co.*, No. 24-cv-1351 (E.D. Va.), published on August 2, 2024; and

EXHIBIT D: Firm résumé of Bernstein Litowitz.

I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of October, 2024.

*<u>/s/ Emily M. Scott</u>*

Emily M. Scott (VSB No. 71435)
**HIRSCHLER FLEISCHER, P.C.**
2100 E. Cary Street
Richmond, VA 23223
Tel: (804) 771-9539
Fax: (804) 644-0957
Email: escott@hirschlerlaw.com

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2024, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Emily M. Scott*
Emily M. Scott (VSB No. 71435)