# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Kevin Reichart, on behalf of Policemen's Annuity and Benefit Fund of Chicago ("Chicago Police"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Chicago Police. I have reviewed a complaint filed in this matter. Chicago Police has authorized the filing of this motion for appointment as lead plaintiff.

2. Chicago Police did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Chicago Police is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. Chicago Police fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act of 1995, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4. Chicago Police's transactions in the DXC Technology Company securities that are the subject of this action are set forth in the chart attached hereto.

5. Chicago Police has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Peters v. Twist Bioscience Corporation*, No. 22-cv-8168 (N.D. Cal.)

6. Chicago Police will not accept any payment for serving as a representative party on behalf of the Class beyond Chicago Police's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2024.

Kevin Reichart
Executive Director
*Policemen's Annuity and Benefit Fund of Chicago*

**Policemen's Annuity and Benefit Fund of Chicago**
**Transactions in DXC Technology Company**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 6/24/2021 | 14,515 | 38.2706 |
| Purchase | 6/25/2021 | 14,150 | 39.2750 |
| Purchase | 8/25/2021 | 8,370 | 37.2509 |
| Purchase | 8/26/2021 | 8,370 | 36.8402 |
| Purchase | 10/27/2021 | 6,327 | 32.5428 |
| Purchase | 4/14/2022 | 22,706 | 31.2841 |
| Sale | 10/13/2022 | (512) | 27.6028 |
| Sale | 8/30/2023 | (853) | 20.6131 |
| Sale | 11/20/2023 | (485) | 22.7750 |