# EXHIBIT B

**Policemen's Annuity and Benefit Fund of Chicago**
Loss in DXC Technology Company (DXC)
Class Period: 05/26/21 - 05/16/24
CUSIP 23355L106
Retained share price: $18.2246 (05/17/24 - 08/14/24)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 0 | | | | | | | |
| Purchase | 6/24/2021 | 14,515 | 38.2706 | $555,497.76 | | | | | |
| Purchase | 6/25/2021 | 14,150 | 39.2750 | $555,741.25 | Sale | 10/13/2022 | (512) | 27.6028 | ($14,132.63) |
| Purchase | 8/25/2021 | 8,370 | 37.2509 | $311,790.03 | Sale | 8/30/2023 | (853) | 20.6131 | ($17,582.97) |
| Purchase | 8/26/2021 | 8,370 | 36.8402 | $308,352.47 | Sale | 11/20/2023 | (485) | 22.7750 | ($11,045.88) |
| Purchase | 10/27/2021 | 6,327 | 32.5428 | $205,898.30 | | | | | |
| Purchase | 4/14/2022 | 22,706 | 31.2841 | $710,336.77 | Retained | | (72,588) | 18.2246 | ($1,322,886.55) |
| | | 74,438 | | $2,647,616.59 | | | (74,438) | | ($1,365,648.03) |
| | | | | | | | | **Loss** | **($1,281,968.55)** |