**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>   v.<br><br>DXC TECHNOLOGY COMPANY, MICHAEL J. SALVINO, JOHN SWEENEY, KENNETH P. SHARP, and ROBERT F. DEL BENE,<br><br>     Defendants. | Civil Action No.: 1:24-cv-01351-LMB-WEF<br><br>**CLASS ACTION** |

**DECLARATION OF SUSAN R. PODOLSKY IN SUPPORT OF THE MOTION OF
SPARINVEST S.A. FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

I, Susan R. Podolsky, declare as follows:

1.       I am a member in good standing of the bar of the Commonwealth of Virginia, and I am admitted to practice before this Court. I am a partner at the Law Offices of Susan R. Podolsky. I submit this Declaration in support of the Motion of Sparinvest S.A. for Appointment as Lead Plaintiff and Approval of Selection of Counsel. Unless otherwise indicated, I have personal knowledge of the facts stated in this Declaration, and if called upon to do so, could and would competently testify thereto.

2.       Attached hereto are true and correct copies of the following exhibits:

Exhibit A:     Sworn Certification of Sparinvest S.A. pursuant to the Private Securities Litigation Reform Act of 1995, and related assignments of claims;

Exhibit B:     Chart of Sparinvest S.A.'s transactions and losses in DXC Technology Company common stock during the Class Period;

Exhibit C:     Notice of pendency of *Roofers' Pension Fund v. DXC Technology Company, et al.*, No. 1:24-cv-01351-LMB-WEF (E.D. Va.), published on August 2, 2024, in *Business Wire*;

Exhibit D:     Firm Profile of Kessler Topaz Meltzer & Check, LLP;

Exhibit E:     *The Legal Intelligencer Announces 2024 Legal Awards Finalists, Honorees*, LEGAL INTELLIGENCER, Mar. 13, 2024; and

Exhibit F:     Firm Profile of the Law Offices of Susan R. Podolsky.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of October 2024.

/s/ Susan R. Podolsky

Susan R. Podolsky (Va. Bar No. 27891)
**LAW OFFICES OF SUSAN R. PODOLSKY**
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (571) 366-1702
Facsimile: (703) 647-6009
spodolsky@podolskylaw.com

*Proposed Liaison Counsel for the Class*

3