# EXHIBIT A

## CERTIFICATION

Sparinvest S.A. ("Plaintiff") declares, as to the claims asserted under the federal securities laws, that:

1.    Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3.    Plaintiff's Class Period purchase and sale transactions in the DXC Technology Company securities that are the subject of this action are attached in Schedule A.

4.    Plaintiff has full power and authority to bring suit to recover for the investment losses suffered in connection with the transactions listed in Schedule A.[1]

5.    Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6.    We, Dirk Schulze and Morten Skipper, Managing Directors of Sparinvest S.A., am authorized to make legal decisions, and execute this certification, on Plaintiff's behalf.

7.    Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the class.

8.    Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

---

[1]    Sparinvest S.A. has received assignments of claims from Investeringsforeningen Sparinvest and Sparinvest SICAV.

9.      Plaintiff has neither served nor sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this certification.

10.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September 2024.

**Sparinvest S.A.**

By: _Dirk Schulze_
Dirk Schulze, Managing Director

By: _Morten Skipper_
Morten Skipper, Managing Director

Docusign Envelope ID: 87B0AD96-FDC8-4886-BE82-0318CFE44A81

## SCHEDULE A

### Investeringsforeningen Sparinvest - Bæredygtige Value Aktier KL

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 6/17/2021 | 18,018 | $37.89 |
| Common Stock | BUY | 7/6/2021 | 2,198 | $39.27 |
| Common Stock | BUY | 9/7/2021 | 2,824 | $36.18 |
| Common Stock | BUY | 9/10/2021 | 1,501 | $34.37 |
| Common Stock | BUY | 9/15/2021 | 2,757 | $35.58 |
| Common Stock | BUY | 9/16/2021 | 1,877 | $35.79 |
| Common Stock | BUY | 9/22/2021 | 4,090 | $34.85 |
| Common Stock | BUY | 10/4/2021 | 8,686 | $35.02 |
| Common Stock | BUY | 10/8/2021 | 8,711 | $34.97 |
| Common Stock | BUY | 11/26/2021 | 3,709 | $30.35 |
| Common Stock | BUY | 3/30/2022 | 5,662 | $33.82 |
| Common Stock | BUY | 4/28/2022 | 4,990 | $28.69 |
| Common Stock | BUY | 8/24/2022 | 24,072 | $25.01 |
| Common Stock | BUY | 3/16/2023 | 12,595 | $23.43 |
| Common Stock | BUY | 3/22/2023 | 8,191 | $24.03 |
| Common Stock | BUY | 3/31/2023 | 8,495 | $25.46 |
| Common Stock | BUY | 6/15/2023 | 8,343 | $27.54 |
| Common Stock | BUY | 8/8/2023 | 11,828 | $19.85 |
| Common Stock | BUY | 10/4/2023 | 37,336 | $21.15 |
| Common Stock | BUY | 11/27/2023 | 12,398 | $23.10 |
| Common Stock | BUY | 5/6/2024 | 23,853 | $19.71 |
| Common Stock | BUY | 5/13/2024 | 16,116 | $19.56 |
| Common Stock | SELL | 6/22/2022 | 4,739 | $30.78 |
| Common Stock | SELL | 6/29/2022 | 4,149 | $30.41 |

### Investeringsforeningen Sparinvest - INDEX USA Small Cap KL

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | SELL | 2/22/2022 | 1,208 | $35.14 |

### Investeringsforeningen Sparinvest - Mix Aktier KL

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | SELL | 6/9/2021 | 1,992 | $40.13 |
| Common Stock | SELL | 6/17/2021 | 1,778 | $38.64 |
| Common Stock | SELL | 7/15/2021 | 2,701 | $39.32 |
| Common Stock | SELL | 9/10/2021 | 29,429 | $34.37 |

### Investeringsforeningen Sparinvest - MS Invest Value Aktier

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | SELL | 7/15/2021 | 1,605 | $39.32 |
| Common Stock | SELL | 3/16/2022 | 2,244 | $32.69 |
| Common Stock | Transfer OUT* | 6/13/2022 | 3,917 | - |
| Common Stock | Transfer OUT* | 6/22/2022 | 20,593 | - |

*MS Invest Value Aktier merged into Value Aktier KL in June 2022

### Investeringsforeningen Sparinvest - Value Aktier KL

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 2/1/2022 | 39,291 | $30.46 |
| Common Stock | BUY | 3/25/2022 | 37,372 | $33.18 |
| Common Stock | Transfer IN* | 6/13/2022 | 3,917 | - |
| Common Stock | Transfer IN* | 6/22/2022 | 20,593 | - |
| Common Stock | BUY | 3/16/2023 | 26,866 | $23.43 |
| Common Stock | BUY | 3/28/2023 | 42,199 | $24.29 |
| Common Stock | BUY | 6/15/2023 | 45,842 | $27.54 |
| Common Stock | BUY | 8/8/2023 | 75,265 | $19.85 |
| Common Stock | BUY | 10/10/2023 | 99,305 | $22.20 |
| Common Stock | BUY | 11/27/2023 | 65,365 | $23.10 |
| Common Stock | BUY | 3/8/2024 | 80,562 | $20.90 |
| Common Stock | SELL | 2/8/2023 | 29,336 | $28.23 |

*MS Invest Value Aktier merged into Value Aktier KL in June 2022

### Sparinvest SICAV - Ethical Global Value

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 10/13/2021 | 8,238 | $33.16 |
| Common Stock | BUY | 10/20/2021 | 19,824 | $34.84 |
| Common Stock | BUY | 10/21/2021 | 25,532 | $34.97 |
| Common Stock | BUY | 10/22/2021 | 16,446 | $34.57 |
| Common Stock | BUY | 10/25/2021 | 18,419 | $34.04 |
| Common Stock | BUY | 11/26/2021 | 13,625 | $30.35 |
| Common Stock | BUY | 12/20/2021 | 14,766 | $29.73 |
| Common Stock | BUY | 1/13/2022 | 39,570 | $34.12 |
| Common Stock | BUY | 3/3/2022 | 19,431 | $31.31 |
| Common Stock | BUY | 3/8/2022 | 19,097 | $30.86 |
| Common Stock | BUY | 3/30/2022 | 22,141 | $33.10 |

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 6/30/2022 | 22,948 | $30.31 |
| Common Stock | BUY | 7/20/2022 | 44,683 | $30.79 |
| Common Stock | BUY | 7/22/2022 | 28,015 | $31.00 |
| Common Stock | BUY | 7/26/2022 | 60,353 | $30.47 |
| Common Stock | BUY | 7/28/2022 | 31,102 | $31.65 |
| Common Stock | BUY | 8/10/2022 | 38,196 | $26.42 |
| Common Stock | BUY | 1/17/2023 | 42,473 | $29.08 |
| Common Stock | BUY | 3/22/2023 | 55,027 | $24.03 |
| Common Stock | BUY | 6/15/2023 | 46,648 | $27.54 |
| Common Stock | BUY | 8/8/2023 | 67,020 | $19.85 |
| Common Stock | BUY | 3/11/2024 | 25,651 | $21.08 |
| Common Stock | SELL | 11/10/2023 | 44,375 | $21.75 |

### Sparinvest SICAV - Global Value

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/7/2021 | 23,116 | $36.18 |
| Common Stock | BUY | 3/29/2022 | 25,929 | $33.93 |
| Common Stock | BUY | 4/8/2022 | 28,301 | $30.71 |
| Common Stock | BUY | 4/25/2022 | 34,680 | $30.14 |
| Common Stock | BUY | 4/29/2022 | 17,287 | $28.70 |
| Common Stock | BUY | 5/23/2022 | 30,240 | $30.06 |
| Common Stock | BUY | 6/15/2023 | 42,150 | $27.54 |
| Common Stock | BUY | 8/8/2023 | 60,377 | $19.85 |
| Common Stock | BUY | 3/8/2024 | 82,676 | $20.90 |

### Sparinvest SICAV - Value Equity Pool

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 11/3/2021 | 20,507 | $32.48 |
| Common Stock | BUY | 1/12/2022 | 14,915 | $33.48 |
| Common Stock | BUY | 8/24/2022 | 68,578 | $25.01 |
| Common Stock | BUY | 4/11/2023 | 29,594 | $25.15 |
| Common Stock | BUY | 6/15/2023 | 33,254 | $27.54 |
| Common Stock | BUY | 8/8/2023 | 52,199 | $19.85 |
| Common Stock | BUY | 10/5/2023 | 45,077 | $21.25 |
| Common Stock | BUY | 11/27/2023 | 43,443 | $23.10 |
| Common Stock | BUY | 1/11/2024 | 23,126 | $23.59 |
| Common Stock | BUY | 3/8/2024 | 53,814 | $20.90 |
| Common Stock | SELL | 11/26/2021 | 19,963 | $30.50 |
| Common Stock | SELL | 5/14/2024 | 27,276 | $19.80 |

## ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS** that Investeringsforeningen Sparinvest hereby assigns, transfers and sets over to Sparinvest S.A. ("Sparinvest") for purposes of prosecution and collection, all rights, titles, and interests in the claims, demands, or causes of action against any defendant relating to transactions by Investeringsforeningen Sparinvest's sub-funds (the "Sub-Funds")[1] in any security issued by DXC Technology Company ("DXC" or the "Company") (hereinafter the "DXC Related Claims").[2]

This Assignment and Power of Attorney is intended to be a complete transfer to Sparinvest of any claims Investeringsforeningen Sparinvest has (or had) with respect to the DXC Related Claims for purposes of prosecution and collection.

A.      Investeringsforeningen Sparinvest hereby appoints Sparinvest as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

1.      To do all acts necessary for the purpose of prosecution and collection of Investeringsforeningen Sparinvest's claims, demands, or causes of action, against any defendant relating to the DXC Related Claims;

2.      To file and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Act of 1933, the Securities Exchange Act of 1934, and/or any other causes of action arising under federal or state law, in the DXC Action, or any other related action;

3.      To enter into any discussions or other activities on behalf of Investeringsforeningen Sparinvest in connection with attempting to resolve the DXC Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in Investeringsforeningen Sparinvest's interests in any federal or state court or regulatory proceeding and/or to organize with other plaintiffs to prosecute said claims; and

4.      To sign, on behalf of Investeringsforeningen Sparinvest, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the DXC Related Claims. Investeringsforeningen Sparinvest hereby agrees to be bound by any settlement, compromise, or release reached by Sparinvest on Investeringsforeningen Sparinvest's behalf and that any document executed in connection with any such settlement, compromise, or release by Sparinvest on

---

[1]      Investeringsforeningen Sparinvest's Sub-Funds are: Bæredygtige Value Aktier KL; INDEX USA Small Cap KL; Mix Aktier KL; MS Invest Value Aktier; and Value Aktier KL.

[2]      This Assignment of Claims and Power of Attorney is intended to permit Sparinvest to prosecute claims, as a named plaintiff and/or lead plaintiff in *Roofers' Pension Fund v. DXC Tech. Co.*, *et al.*, No. 1:24-cv-01351-LMB-WEF (E.D. Va.), and/or in any other actions related thereto (the "DXC Action").

1

behalf of Investeringsforeningen Sparinvest shall be binding on Investeringsforeningen Sparinvest.

B.    Investeringsforeningen Sparinvest specifically acknowledges and confirms that no person or entity who shall pay to Sparinvest amounts owed to Investeringsforeningen Sparinvest relating in any way to the DXC Related Claims shall be liable to Investeringsforeningen Sparinvest to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Sparinvest by this Assignment of Claims and Power of Attorney has been properly revoked.

C.    This Assignment of Claims and Power of Attorney may not be revoked without the written consent of Sparinvest.

D.    Any actions taken by Sparinvest on behalf of Investeringsforeningen Sparinvest prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. Investeringsforeningen Sparinvest agrees to be bound by any decisions made by Sparinvest on behalf of Investeringsforeningen Sparinvest with respect to any issues relating to the DXC Related Claims or prosecution of claims asserted in the DXC Action, or any related actions, both before and after the date of this Assignment of Claims and Power of Attorney.

E.    Investeringsforeningen Sparinvest hereby agrees to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the DXC Related Claims being prosecuted by Sparinvest.

F.    Investeringsforeningen Sparinvest represents and warrants that it has not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G.    This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Penneo dokumentnøgle: B3UQD-N4WFS-UTFOK-MI2GE-O1OJ4-7DMWO

Investeringsforeningen Sparinvest has caused this Assignment of Claims and Power of Attorney to be executed and delivered by a duly authorized representative of Investeringsforeningen Sparinvest, to be effective upon execution.

**On Behalf of Sparinvest S.A:**

_____

Jørgen Søgaard Andersen
*Chairman*
*Sparinvest S.A.*
Executed September 27, 2024

_____

David Sander Hjortsø
*Board Member*
*Sparinvest S.A.*
Executed September 27, 2024

**On Behalf of Investeringsforeningen Sparinvest:**

_____

Kim Rønnow Duus
*Chairman*
*Investeringsforeningen Sparinvest*
Executed September 27, 2024

Anne Charlotte Mark
*Deputy Chairman*
*Investeringsforeningen Sparinvest*
Executed September 27, 2024

3

Penneo dokumentnøgle: B3UQD-N4WFS-UTFOK-MI2GE-O1OJ4-7DMWO

# PENNEO

*Underskrifterne i dette dokument er juridisk bindende. Dokumentet er underskrevet via Penneo™ sikker digital underskrift. Underskrivernes identiteter er blevet registreret, og informationerne er listet herunder.*

*"Med min underskrift bekræfter jeg indholdet og alle datoer i dette dokument."*

**Kim Rønnow Duus**
**Chairman**
På vegne af: Investeringsforeningen Sparinvest
*Serienummer: 4d345124-d01e-4bb9-a6f5-4b3e2e82ddbd*
*IP: 128.76.xxx.xxx*
*2024-09-27 14:44:46 UTC*
 

**Jørgen Filtenborg Søgaard-Andersen**
**Chairman**
På vegne af: Sparinvest S.A.
*Serienummer: 5a1681f9-9e98-4abd-af66-14fd90069276*
*IP: 93.176.xxx.xxx*
*2024-09-27 14:50:31 UTC*
 

**Anne Charlotte Mark**
**Deputy Chairman**
På vegne af: Investeringsforeningen Sparinvest
*Serienummer: e3fba043-1275-413d-ab05-1140f51010c3*
*IP: 185.72.xxx.xxx*
*2024-09-27 15:43:13 UTC*
 

**David Sander Hjortsø**
**Board Member**
På vegne af: Sparinvest S.A.
*Serienummer: ba71bac2-ef36-4dd2-802c-50ccf74fecfc*
*IP: 2.104.xxx.xxx*
*2024-09-29 14:44:32 UTC*
 

*Penneo dokumentnøgle: B3UQD-N4WFS-U1FOK-MI2GE-O1OJ4-7DMWO*

Dette dokument er underskrevet digitalt via **Penneo.com**. Signeringsbeviserne i dokumentet er sikret og valideret ved anvendelse af den matematiske hashværdi af det originale dokument. Dokumentet er låst for ændringer og tidsstemplet med et certifikat fra en betroet tredjepart. Alle kryptografiske signeringsbeviser er indlejret i denne PDF, i tilfælde af de skal anvendes til validering i fremtiden.

**Sådan kan du sikre, at dokumentet er originalt**
Dette dokument er beskyttet med et Adobe CDS certifikat. Når du åbner dokumentet

i Adobe Reader, kan du se, at dokumentet er certificeret af **Penneo e-signature service <penneo@penneo.com>.** Dette er din garanti for, at indholdet af dokumentet er uændret.

Du har mulighed for at efterprøve de kryptografiske signeringsbeviser indlejret i dokumentet ved at anvende Penneos validator på følgende websted: **https://penneo.com/validator**

## ASSIGNMENT OF CLAIMS AND POWER OF ATTORNEY

**KNOW ALL PERSONS BY THESE PRESENTS** that Sparinvest SICAV hereby assigns, transfers and sets over to Sparinvest S.A. ("Sparinvest") for purposes of prosecution and collection, all rights, titles, and interests in the claims, demands, or causes of action against any defendant relating to transactions by Sparinvest SICAV's sub-funds and their shared asset pools (collectively, the "Sub-Funds")[1] in any security issued by DXC Technology Company ("DXC" or the "Company") (hereinafter the "DXC Related Claims").[2]

This Assignment and Power of Attorney is intended to be a complete transfer to Sparinvest of any claims Sparinvest SICAV has (or had) with respect to the DXC Related Claims for purposes of prosecution and collection.

A.    Sparinvest SICAV hereby appoints Sparinvest as its true and lawful attorney-in-fact for the purpose of exercising the following powers:

1.    To do all acts necessary for the purpose of prosecution and collection of Sparinvest SICAV's claims, demands, or causes of action, against any defendant relating to the DXC Related Claims;

2.    To file and/or continue the prosecution of a lawsuit pursuant to the provisions of, *inter alia*, the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for purposes of prosecuting claims pursuant to, *inter alia*, the Securities Act of 1933, the Securities Exchange Act of 1934, and/or any other causes of action arising under federal or state law, in the DXC Action, or any other related action;

3.    To enter into any discussions or other activities on behalf of Sparinvest SICAV in connection with attempting to resolve the DXC Related Claims, including, without limitation, selecting and retaining legal counsel, filing and prosecuting court or regulatory proceedings in Sparinvest SICAV's interests in any federal or state court or regulatory proceeding and/or to organize with other plaintiffs to prosecute said claims; and

4.    To sign, on behalf of Sparinvest SICAV, settlement agreements, releases, or other documents relating to the prosecution and/or settlement of the DXC Related Claims.  Sparinvest SICAV hereby agrees to be bound by any settlement, compromise, or release reached by Sparinvest on Sparinvest SICAV's behalf and that any document executed in connection with any such settlement, compromise, or release by Sparinvest on behalf of Sparinvest SICAV shall be binding on Sparinvest SICAV.

---

[1]    Sparinvest SICAV's Sub-Funds are: Ethical Global Value; Global Value; and Value Equity Pool.

[2]    This Assignment of Claims and Power of Attorney is intended to permit Sparinvest to prosecute claims, as a named plaintiff and/or lead plaintiff in *Roofers' Pension Fund v. DXC Tech. Co.*, *et al.*, No. 1:24-cv-01351-LMB-WEF (E.D. Va.), and/or in any other actions related thereto (the "DXC Action").

1

Docusign Envelope ID: 8A1F38C0-6B3D-42E8-A514-2FE568102A3C

B.  Sparinvest SICAV specifically acknowledges and confirms that no person or entity who shall pay to Sparinvest amounts owed to Sparinvest SICAV relating in any way to the DXC Related Claims shall be liable to Sparinvest SICAV to the extent of any amounts so paid, unless the person or entity making such payment has actual knowledge that the authority granted to Sparinvest by this Assignment of Claims and Power of Attorney has been properly revoked.

C.  This Assignment of Claims and Power of Attorney may not be revoked without the written consent of Sparinvest.

D.  Any actions taken by Sparinvest on behalf of Sparinvest SICAV prior to the date of this Assignment of Claims and Power of Attorney are hereby ratified and given the same force as if they were taken after the effective date of this Assignment of Claims and Power of Attorney. Sparinvest SICAV agrees to be bound by any decisions made by Sparinvest on behalf of Sparinvest SICAV with respect to any issues relating to the DXC Related Claims or prosecution of claims asserted in the DXC Action, or any related actions, both before and after the date of this Assignment of Claims and Power of Attorney.

E.  Sparinvest SICAV hereby agrees to be bound by any determinations (final or otherwise) issued by any court or regulatory body relating to the DXC Related Claims being prosecuted by Sparinvest.

F.  Sparinvest SICAV represents and warrants that it has not made any prior assignments of the rights, title, and interest of the securities that are the subject of this Assignment of Claims and Power of Attorney.

G.  This Assignment of Claims and Power of Attorney shall be interpreted and governed by the laws of the State of New York.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Sparinvest SICAV has caused this Assignment of Claims and Power of Attorney to be executed and delivered by a duly authorized representative of Sparinvest SICAV, to be effective upon execution.

**On Behalf of Sparinvest S.A:**

DocuSigned by:

*David Sander Hjortsø*

461109783838454...

David Sander Hjortsø
*Director*
Executed September _27, 2024

**On Behalf of Sparinvest SICAV:**

Signed by:

*Per Noesgaard*

6C2A598A39BF483...

Per Noesgaard
*Chairman of the Board*
Executed September 27, 2024

3