# EXHIBIT B

**Total LIFO loss:** ($16,200,400.99)

**Investeringsforeningen Sparinvest - Bæredygtige Value Aktier KL**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024
Retained Shares valued at:                 $18.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 6/17/2021 | 18,018 | $37.89 | $682,702.02 | Sale | 6/22/2022 | 4,739 | $30.78 | $145,872.58 |
| Purchase | 7/6/2021 | 2,198 | $39.27 | $86,311.94 | Sale | 6/29/2022 | 4,149 | $30.41 | $126,172.33 |
| Purchase | 9/7/2021 | 2,824 | $36.18 | $102,164.13 | Retained | | 219,362 | $18.21 | $3,993,667.28 |
| Purchase | 9/10/2021 | 1,501 | $34.37 | $51,589.37 | | | | | |
| Purchase | 9/15/2021 | 2,757 | $35.58 | $98,093.23 | | | | | |
| Purchase | 9/16/2021 | 1,877 | $35.79 | $67,179.71 | | | | | |
| Purchase | 9/22/2021 | 4,090 | $34.85 | $142,521.37 | | | | | |
| Purchase | 10/4/2021 | 8,686 | $35.02 | $304,140.29 | | | | | |
| Purchase | 10/8/2021 | 8,711 | $34.97 | $304,580.99 | | | | | |
| Purchase | 11/26/2021 | 3,709 | $30.35 | $112,575.20 | | | | | |
| Purchase | 3/30/2022 | 5,662 | $33.82 | $191,496.77 | | | | | |
| Purchase | 4/28/2022 | 4,990 | $28.69 | $143,151.12 | | | | | |
| Purchase | 8/24/2022 | 24,072 | $25.01 | $602,016.65 | | | | | |
| Purchase | 3/16/2023 | 12,595 | $23.43 | $295,088.26 | | | | | |
| Purchase | 3/22/2023 | 8,191 | $24.03 | $196,845.29 | | | | | |
| Purchase | 3/31/2023 | 8,495 | $25.46 | $216,258.06 | | | | | |
| Purchase | 6/15/2023 | 8,343 | $27.54 | $229,774.56 | | | | | |
| Purchase | 8/8/2023 | 11,828 | $19.85 | $234,842.57 | | | | | |
| Purchase | 10/4/2023 | 37,336 | $21.15 | $789,656.40 | | | | | |
| Purchase | 11/27/2023 | 12,398 | $23.10 | $286,373.96 | | | | | |
| Purchase | 5/6/2024 | 23,853 | $19.71 | $470,142.63 | | | | | |
| Purchase | 5/13/2024 | 16,116 | $19.56 | $315,301.48 | | | | | |
| | | 228,250 | | $5,922,806.01 | | | 228,250 | | $4,265,712.20 |

LIFO loss: ($1,657,093.81)

**Investeringsforeningen Sparinvest - INDEX USA Small Cap KL**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 4,109 | | | Sale | 2/22/2022 | 1,208 | $35.14 | $42,449.12 |
| | | | | | *Sales offsetting opening balance:* | | 1,208 | | $42,449.12 |
| | | 0 | | $0.00 | | | 0 | | $0.00 |

LIFO loss: $0.00

**Investeringsforeningen Sparinvest - Mix Aktier KL**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 35,900 | | | Sale | 6/9/2021 | 1,992 | $40.13 | $79,933.18 |
| | | | | | Sale | 6/17/2021 | 1,778 | $38.64 | $68,700.50 |
| | | | | | Sale | 7/15/2021 | 2,701 | $39.32 | $106,193.60 |
| | | | | | Sale | 9/10/2021 | 29,429 | $34.37 | $1,011,474.73 |
| | | | | | | *Sales offsetting opening balance:* | 35,900 | | $1,266,302.01 |
| | | 0 | $0.00 | | | | 0 | | $0.00 |

*LIFO loss:* $0.00

**Investeringsforeningen Sparinvest - MS Invest Value Aktier**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 28,359 | | | Sale | 7/15/2021 | 1,605 | $39.32 | $63,102.98 |
| | | | | | Sale | 3/16/2022 | 2,244 | $32.69 | $73,359.73 |
| | | | | | | *Sales offsetting opening balance:* | 3,849 | | $136,462.71 |
| | | 28,359 | $0.00 | | | | 0 | | $0.00 |

*LIFO loss:* $0.00

**Investeringsforeningen Sparinvest - Value Aktier KL**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024
Retained Shares valued at: $18.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 451,462 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 2/1/2022 | 39,291 | $30.46 | $1,196,682.06 | Sale | 2/8/2023 | 29,336 | $28.23 | $828,266.76 |
| Purchase | 3/25/2022 | 37,372 | $33.18 | $1,239,946.90 | Retained | | 482,731 | $18.21 | $8,788,518.52 |
| Purchase | 3/16/2023 | 26,866 | $23.43 | $629,443.51 | | | | | |
| Purchase | 3/28/2023 | 42,199 | $24.29 | $1,025,144.53 | | | | | |
| Purchase | 6/15/2023 | 45,842 | $27.54 | $1,262,534.52 | | | | | |
| Purchase | 8/8/2023 | 75,265 | $19.85 | $1,494,371.52 | | | | | |
| Purchase | 10/10/2023 | 99,305 | $22.20 | $2,204,412.11 | | | | | |
| Purchase | 11/27/2023 | 65,365 | $23.10 | $1,509,826.92 | | | | | |
| Purchase | 3/8/2024 | 80,562 | $20.90 | $1,683,544.40 | | | | | |
| | | 512,067 | | $12,245,906.47 | | | 512,067 | | $9,616,785.28 |

LIFO loss: ($2,629,121.19)

**Sparinvest SICAV - Ethical Global Value**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024
Retained Shares valued at:                                           $18.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 131,555 | | | | | | | |
| | | | | | *Sales offsetting opening balance:* | | 0 | | $0.00 |
| Purchase | 10/13/2021 | 8,238 | $33.16 | $273,199.27 | Sale | 11/10/2023 | 44,375 | $21.75 | $965,271.63 |
| Purchase | 10/20/2021 | 19,824 | $34.84 | $690,668.16 | Retained | | 634,830 | $18.21 | $11,557,607.06 |
| Purchase | 10/21/2021 | 25,532 | $34.97 | $892,864.25 | | | | | |
| Purchase | 10/22/2021 | 16,446 | $34.57 | $568,538.22 | | | | | |
| Purchase | 10/25/2021 | 18,419 | $34.04 | $626,909.08 | | | | | |
| Purchase | 11/26/2021 | 13,625 | $30.35 | $413,544.64 | | | | | |
| Purchase | 12/20/2021 | 14,766 | $29.73 | $438,973.98 | | | | | |
| Purchase | 1/13/2022 | 39,570 | $34.12 | $1,350,255.02 | | | | | |
| Purchase | 3/3/2022 | 19,431 | $31.31 | $608,450.68 | | | | | |
| Purchase | 3/8/2022 | 19,097 | $30.86 | $589,373.52 | | | | | |
| Purchase | 3/30/2022 | 22,141 | $33.10 | $732,867.10 | | | | | |
| Purchase | 6/30/2022 | 22,948 | $30.31 | $695,553.88 | | | | | |
| Purchase | 7/20/2022 | 44,683 | $30.79 | $1,375,780.63 | | | | | |
| Purchase | 7/22/2022 | 28,015 | $31.00 | $868,465.00 | | | | | |
| Purchase | 7/26/2022 | 60,353 | $30.47 | $1,839,058.51 | | | | | |
| Purchase | 7/28/2022 | 31,102 | $31.65 | $984,337.87 | | | | | |
| Purchase | 8/10/2022 | 38,196 | $26.42 | $1,008,985.54 | | | | | |
| Purchase | 1/17/2023 | 42,473 | $29.08 | $1,235,250.75 | | | | | |
| Purchase | 3/22/2023 | 55,027 | $24.03 | $1,322,403.36 | | | | | |
| Purchase | 6/15/2023 | 46,648 | $27.54 | $1,284,732.57 | | | | | |
| Purchase | 8/8/2023 | 67,020 | $19.85 | $1,330,668.70 | | | | | |
| Purchase | 3/11/2024 | 25,651 | $21.08 | $540,717.95 | | | | | |
| | | 679,205 | | $19,671,598.68 | | | 679,205 | | $12,522,878.68 |

*LIFO loss:*    ($7,148,720.00)

**Sparinvest SICAV - Global Value**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024
Retained Shares valued at:      $18.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 310,739 | | | | | | | |
| | | | | | Sales offsetting opening balance: | | 0 | | $0.00 |
| Purchase | 9/7/2021 | 23,116 | $36.18 | $836,269.84 | Retained | | 344,756 | $18.21 | $6,276,569.13 |
| Purchase | 3/29/2022 | 25,929 | $33.93 | $879,770.97 | | | | | |
| Purchase | 4/8/2022 | 28,301 | $30.71 | $869,123.71 | | | | | |
| Purchase | 4/25/2022 | 34,680 | $30.14 | $1,045,255.20 | | | | | |
| Purchase | 4/29/2022 | 17,287 | $28.70 | $496,136.90 | | | | | |
| Purchase | 5/23/2022 | 30,240 | $30.06 | $909,014.40 | | | | | |
| Purchase | 6/15/2023 | 42,150 | $27.54 | $1,160,853.15 | | | | | |
| Purchase | 8/8/2023 | 60,377 | $19.85 | $1,198,773.26 | | | | | |
| Purchase | 3/8/2024 | 82,676 | $20.90 | $1,727,721.71 | | | | | |
| | | 344,756 | | $9,122,919.14 | | | 344,756 | | $6,276,569.13 |
| | | | | | | | | LIFO loss: | ($2,846,350.02) |

**Sparinvest SICAV - Value Equity Pool**
**LIFO Losses in DXC Technology Company**
Class Period: 5/26/2021 - 5/16/2024
Retained Shares valued at:      $18.21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Open Balance | | 287,499 | | | | | | | |
| | | | | | Sales offsetting opening balance: | | 0 | | $0.00 |
| Purchase | 11/3/2021 | 20,507 | $32.48 | $666,067.36 | Sale | 11/26/2021 | 19,963 | $30.50 | $608,871.50 |
| Purchase | 1/12/2022 | 14,915 | $33.48 | $499,354.20 | Sale | 5/14/2024 | 27,276 | $19.80 | $540,064.80 |
| Purchase | 8/24/2022 | 68,578 | $25.01 | $1,715,067.20 | Retained | | 337,268 | $18.21 | $6,140,243.87 |
| Purchase | 4/11/2023 | 29,594 | $25.15 | $744,188.48 | | | | | |
| Purchase | 6/15/2023 | 33,254 | $27.54 | $915,848.41 | | | | | |
| Purchase | 8/8/2023 | 52,199 | $19.85 | $1,036,400.71 | | | | | |
| Purchase | 10/5/2023 | 45,077 | $21.25 | $957,755.53 | | | | | |
| Purchase | 11/27/2023 | 43,443 | $23.10 | $1,003,463.79 | | | | | |
| Purchase | 1/11/2024 | 23,126 | $23.59 | $545,572.40 | | | | | |
| Purchase | 3/8/2024 | 53,814 | $20.90 | $1,124,578.07 | | | | | |
| | | 384,507 | | $9,208,296.15 | | | 384,507 | | $7,289,180.17 |
| | | | | | | | | LIFO loss: | ($1,919,115.98) |