# **EXHIBIT E**

Case 1:24-cv-01351-AJT-WEF    Document 21-5    Filed 10/01/24    Page 2 of 18 PageID# 211



Credit: focal point/Shutterstock.com

# The Legal Intelligencer Announces 2024 Pennsylvania Legal Awards Finalists, Honorees

All honorees will be recognized, and winners in finalist categories announced, at the Pennsylvania Legal Awards event in May.

March 13, 2024 at 11:00 AM

🕐 5 minute read

Awards

 Pearl Wu

---

The Legal Intelligencer is pleased to announce the 2024 Pennsylvania Legal Awards winners and finalists. We are delighted to highlight the great work and achievements across the full breadth of the legal communities in Pennsylvania and Delaware.

The winners in finalist categories will be announced at an awards dinner set for May 15, 2024, at the Loews Philadelphia Hotel, along with winners in Distinguished Leaders, Lawyers on the Fast Track, Lifetime Achievement, Unsung Heroes, and Litigation Specialty Practice categories. Winners will be recognized in special editorial sections.

You can view more information about the awards dinner here. For information on how to book tickets and sponsorships, please contact Andre Sutton at 757-721-9020 or email asutton@alm.com.

Let's congratulate the honorees and finalists for their achievements:

### Attorney of the Year Finalists

- Tom Kline, Kline & Specter
- Kristen Gibbons Feden, Anapol Weiss
- John Ryan, Temple Health

### Best Law Firm Mentors Finalists

- Shira R. Yoshor, Greenberg Traurig
- Dan Mateo, Holland & Knight

- Michael H. Ginsberg, Jones Day
- Jim Waldenberger, Kline & Specter
- Karen Ann Jacobs, Morris, Nichols, Arsht & Tunnell
- Paige Macdonald-Matthes, Obermayer, Rebmann, Maxwell & Hippel
- Davis Wright, Robinson & Cole
- Holly Deihl, SWMW Law
- Heidi G. Villari, The Villari Firm

## Distinguished Leaders Winners

- Joe Dougherty, Buchanan Ingersoll & Rooney
- Patricia Hamill, Clark Hill
- Jordan LaVine, Flaster Greenberg
- Lauren McKenna, Fox Rothschild
- Stacey L. Fuller, Gawthrop Greenwood
- Michael A. Hamilton, Goldberg Segalla
- Diane N. Ibrahim, Greenberg Traurig
- Kelly Iverson, Lynch Carpenter
- Michael Connolly, McAndrews, Mehalick, Connolly, Hulse and Ryan
- Ashley Altschuler, McDermott Will & Emery
- J. Gordon Cooney Jr., Morgan, Lewis & Bockius
- Joan C. Arnold, Troutman Pepper Hamilton Sanders
- Chase T. Brockstedt, Baird Mandalas Brockstedt & Federico

## Diversity Initiative Finalists

- Buchanan Ingersoll & Rooney
- Kevin Levy, Saul Ewing
- Michael Tang, Stradley Ronon Stevens & Young
- Weber Gallagher Simpson Stapleton Fires & Newby

## ESG Impact Finalists

- Dechert
- Duane Morris
- Elizabeth K. Lange, Faegre Drinker Biddle & Reath
- Jones Day
- Morgan, Lewis & Bockius
- Reed Smith

## In-House Impact Award Finalists

- La-Toya Hackney, Saint-Gobain North America
- Bruce Balderson, Rubenstein Partners

## Law Firm Innovators Finalists

- Scott Angelo, Buchanan Ingersoll & Rooney
- Kristina Bakardjiev, Cozen O'Connor
- Dechert
- Morgan, Lewis & Bockius and Thomson Reuters AI Collaboration
- Hannalore Merritt, Osterhout Berger Disability Law
- Troutman Pepper Hamilton Sanders
- Tyson & Mendes

## Law Firm of the Year Finalists

- Cozen O'Connor
- Jones Day
- Kline & Specter
- Morgan, Lewis & Bockius
- Reed Smith
- Troutman Pepper

## Lawyers on the Fast Track, Small/Midsize Winners

- Brenda Harkavy, Raynes & Lawn

- Casey Alan Coyle, Babst, Calland, Clements and Zomnir
- Jill Roth, Laffey, Bucci & Kent
- John Higgins, Mannion Prior
- Joseph A. Carroll, Meyer, Unkovic & Scott
- Joseph B. Kenney, Sauder Schelkopf
- Julia McGrath, Berger Montague
- Kevin Trainer, Langer Grogan & Diver
- Matthew Klebanoff, Hangley Aronchick Segal Pudlin & Schiller
- Megan E. Stamm, Stradley Ronon Stevens & Young
- Rachael Pritzker, Pritzker Law Group
- Samuel Mukiibi, Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig
- Tim Kelly, Hausfeld

## Lawyers on the Fast Track, Large Firm Winners

- Cara Brack, Nelson Mullins Riley & Scarborough
- Christina Barringer, Clark Hill
- Dylan Alper, Cozen O'Connor
- Elizabeth Kuschel, U.S. Department of Labor – Regional Office of the Solicitor
- Eric Kim, Morgan, Lewis & Bockius
- Gunjan Agarwal, Fox Rothschild
- Hannah Molitoris, Morgan & Morgan
- Mark Fidanza, Reed Smith
- Matthew Fontana, Faegre Drinker Biddle & Reath
- Melissa A. Ruth, Duane Morris
- Michael Joyce, Saul Ewing
- Olufunke Leroy, Holland & Knight
- R. Zachary Torres-Fowler, Troutman Pepper Hamilton Sanders
- Rachel Lewis, Morgan, Lewis & Bockius
- Rebecca Trela, Barnes & Thornburg
- Samuel L. Moultrie, Greenberg Traurig

- Sara Gelsinger, Morris, Nichols, Arsht & Tunnell
- Sarah Delia, McCarter & English
- Stephanie Haas, Dechert
- Whitney Cloud, DLA Piper
- William Xiong, Ballard Spahr

## Young Attorney of the Year Winner

The winner will be selected from both Lawyers on the Fast Track winners lists and revealed at the awards ceremony.

## Lifetime Achievement Award Winners

- John J. Cunningham III, Cozen O'Connor
- Andrew C. Kassner, Faegre Drinker Biddle & Reath
- Virginia "Ginny" Gibson, Hogan Lovells
- Richard Serbin, Janet, Janet & Suggs
- Judge Eduardo Robreno, McCarter & English
- Judge Thomas I. Vanaskie, Stevens & Lee

## Litigation Departments of the Year, General Litigation Finalists

- Duane Morris
- Hogan Lovells
- Holland & Knight
- Jones Day
- McNees Wallace & Nurick
- Morgan Lewis
- Reed Smith

## Litigation Departments of the Year, Specialty Practice Winners

- Class Action: Kessler Topaz Meltzer & Check
- Products Liability/Mass Torts: Kline & Specter
- Appellate: Marshall Dennehey
- Labor & Employment: Morgan, Lewis & Bockius

Case 1:24-cv-01351-AJT-WEF    Document 21-5    Filed 10/01/24    Page 8 of 18 PageID# 217

- Professional Liability Group: Swartz Campbell

- Insurance: Wiggin and Dana

## Most-Effective Dealmakers Finalists

- Peter J. Smith, Antheil Maslow & MacMinn

- Steven Haas, Cozen O'Connor

- Ken Young, Dechert

- Marcia C. Kelson, Jones Day

- Ryan T. Purpura, Reed Smith

- Deborah L. Spranger, Troutman Pepper Hamilton Sanders

## Power Players Finalists

- Steven Shoumer, Blank Rome

- Michelle Yarbrough Korb, Buchanan Ingersoll & Rooney

- John Summers, Hangley Aronchick Segal Pudlin & Schiller

- Gary Lynch, Lynch Carpenter

- Alan Nochumson, Nochumson P.C.

- Jordan Strokovsky, Strokovsky LLC

## Unsung Heroes Winners

- Maureen Holland, Cozen O'Connor

- Gerard Lipski, Dengler & Lipski (Zurich Staff Legal)

- Renée Mosley Delcollo, Greenberg Traurig

- Valerie Pearce, Morgan, Lewis & Bockius

- Laura Karmatz, Reed Smith

- Scott George, Seeger Weiss

- Andrew Medeiros, Troutman Pepper Hamilton Sanders

---

NOT FOR REPRINT

© 2024 ALM Global, LLC, All Rights Reserved. Request academic re-use from www.copyright.com. All other uses, submit a request to asset-and-logo-licensing@alm.com.

For more information visit Asset & Logo Licensing.

---

## You Might Like



May 17, 2024

### Q&As With The Legal's Power Player Finalists

By ALM Staff

🕐  1 minute read



May 17, 2024

## Q&As With The Legal's Unsung Heroes

By ALM Staff

🕐 1 minute read



May 17, 2024

## Q&As With The Legal's Litigation Departments-Specialty Honorees

By ALM Staff

🕐 1 minute read



May 17, 2024

## Q&As With The Legal's Litigation Department-General Finalists

By ALM Staff

🕐 1 minute read

---

**LAW FIRMS MENTIONED**

## Barnes Thornburg

---

## McDermott Will & Emery

---

## Gibbons PC

---

**Goldberg Segalla**

**Nelson Mullins Riley & Scarborough**

**Saul Ewing Arnstein & Lehr**

**Swartz Campbell**

**Stradley Ronon Stevens & Young**

**Holland & Knight LLP**

**Barroway Topaz Kessler**

**Jones Day**

**Seeger Weiss**

**DLA Piper**

**Blank Rome**

**Pepper Hamilton**

**Davis Wright Tremaine**

**Cozen O'Connor**

**Dechert**

**Drinker Biddle & Reath LLP**

**Meyer, Unkovic & Scott**

**Ballard Spahr**

**Weber, Gallagher, Simpson, Stapleton, Fines & Newby**

**Hogan Lovells**

**McNees Wallace & Nurick**

**Morgan & Morgan**

**Duane Morris**

**Reed Smith**

**McCarter & English**

**Flaster Greenberg**

**Greenberg Traurig**

**Fox Rothschild**

**Hangley Aronchick Segal Pudlin & Schiller**

**Morgan, Lewis & Bockius**

**Feldman Shepherd Wohlgelernter Tanner Weinstock**

**Babst, Calland, Clements and Zomnir**

## Obermayer Rebmann Maxwell & Hippel

## Morris, Nichols, Arsht & Tunnell LLP

## Stevens & Lee

## Clark Hill

## Robinson & Cole LLP

## Buchanan Ingersoll & Rooney

## Berger Montague

## Kline & Specter

## Marshall Dennehey Warner Coleman & Goggin, P.C.

## Thomson Reuters

## Saint-Gobain

## Dana

## U.S. Department of Labor

## Eric Company

## Ernst & Young

## Loews

**TRENDING STORIES**

### The Law Firm Disrupted: For Big Law Names, Shorter is Sweeter

LAW.COM

---

### NYC Mayor Eric Adams Indicted on Public Corruption Allegations

NEW YORK LAW JOURNAL

---

### 'I'm Staying Everything': Texas Bankruptcy Judge Halts Talc Trials Against J&J

LAW.COM

---

### Conduct Board Urges 'Swift and Severe Punishment' for Phila. Judge's Facebook Posts

THE LEGAL INTELLIGENCER

---

### What We Know About the Kentucky Judge Killed in His Chambers

LAW.COM

---

## LAW.COM PRO

### Stay vs Go: The Heightened Competition for Law Firm Office Space in Dallas

---

### Driven by Increased Demand and Productivity, ALM's Q2 Economic Flash Survey Results Point to Strong 1H 2024

---

### Law.com Compass: Uncovering Lessons from Mid-Market Firm Segment Comparisons

# More from ALM



Legal Speak is a weekly podcast that makes sense of what's happening in the legal industry.

Browse all Products ▶

### Morgan & Morgan Class Action Attorneys Detail Pathway to Success Within Cybersecurity and Data Privacy Practice

🕐 1 minute read

---

### Holwell Shuster & Goldberg Partners Leverage 'Hostile' Witnesses to Secure $101 Million Verdict Against Walmart

🕐 1 minute read

---

### Legal Speak at General Counsel Conference Midwest 2024: Mike Andolina, Partner, White & Case

🕐 1 minute read

# Sign Up Today and Never Miss Another

Case 1:24-cv-01351-AJT-WEF    Document 21-5    Filed 10/01/24    Page 18 of 18 PageID# 227

# Story

As part of your digital membership, you can sign up for an unlimited number of complimentary newsletters from Law.com by visiting your My Account page and selecting Newsletters to make your selections. Get the timely legal news and analysis you can't afford to miss, curated just for you, in your inbox, every day.

Subscribe to Law.com Newsletters

## LAW.COM

The industry-leading media platform offering competitive intelligence to prepare for today and anticipate opportunities for future success.

About Us | Contact Us | Site Map | Asset & Logo Licensing | Advertise With Us | Customer Service | Terms of Service | FAQ | Privacy Policy





Copyright © 2024 ALM Global, All Rights Reserved