# **EXHIBIT F**

Podolsky Law Offices
1800 Diagonal Road Suite 600 Alexandria, VA 22314
Tel 571.366.1702  Fax 703.647.6009
spodolsky@podolskylaw.com
podolskylaw.com



 **Educational Background**:

J.D., 1986, University of Virginia School of Law.

4-month Leningrad State University Russian Language program (1982).

A.B., 1981, Dartmouth College (*magna cum laude)*.  Member of Phi Beta Kappa.  Captain of Varsity Tennis Team, sophomore and senior seasons.  Major:  Russian Language and Literature.  Received three commendation awards for highest achievement.

**Professional Background**:

**2006 – present:**  Solo practitioner, concentrating on civil corporate litigation and advising and assisting corporate clients, associations, and individuals on a variety of legal matters and issues.  Recent work includes large securities fraud litigations and arbitrations, various litigations and litigation-related tasks for corporate and individual clients, and various counseling matters.

Securities fraud litigation highlights include:  *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceuticals* ($420 million recovery); *In Re: Willis Towers Watson PLC Proxy Litigation* ($75 million recovery); *In re: Genworth Financial Inc. Securities Litigation* ($219 million recovery); *In re: Computer Sciences Corp. Securities Litigation* ($97.5 million recovery); *In re: NII Holdings, Inc. Securities Litigation* ($41.5 million recovery); *In re: Lumber Liquidators Holdings, Inc. Securities Litigation* ($45 million recovery).

**1993 - July 2005**:  Partner, Jenner & Block LLP.

Awardee of the 2003 Albert E. Jenner Pro Bono Award for litigating race discrimination class action suit for ten years against municipal (Baltimore City) and federal (HUD) housing agencies.

Member of the Litigation Practice, specializing in large, complex civil commercial cases in a variety of sectors, including telecommunications, contracts, intellectual property, and employment.  Tried significant litigation matters of all sizes and consistently obtained successful results.  Managed large discovery and document production projects, including electronic discovery projects, related to litigation, antitrust, and investigation matters.  Federal litigation practice included national experience, with a particular focus on the Eastern District of Virginia.

Advised and counseled businesses on various legal matters and issues.

**1988-1993:**  Associate, Jenner & Block LLP.

**1986-88:**  Law clerk for Albert V. Bryan, Jr., then-Chief Judge of the Eastern District of Virginia.

**1981-83:**  Legislative Correspondent and Legislative Assistant to United States Senator Donald W. Riegle, Jr.  Responsible for correspondence, legislation, and policy with respect to Senator Riegle's service on the Senate Committee on Commerce, Science & Transportation.

**<u>Bar and Court Admissions</u>:**

Admitted to practice in the following state and federal jurisdictions:  Virginia, District of Columbia, Maryland.

Admitted to practice in the following courts:  Eastern District of Virginia, Western District of Virginia, District of Maryland, District Court for the District of Columbia, Court of Appeals for the Fourth Circuit, Court of Appeals for the D.C. Circuit, United States Supreme Court, Virginia Supreme Court, District of Columbia Court of Appeals.

**<u>Professional and Non-Profit Association Memberships</u>:**

Board Member, Women's Eastern Golf Association

Board Member, Northern Virginia Chapter of the Federal Bar Association

Member, Virginia State Bar

Member, Maryland State Bar

Member, District of Columbia Bar Association

Member, Alexandria Bar Association

Member, Federal Bar Association

Member, American Bar Association

**<u>Other Memberships</u>:**

Mount Vernon Country Club

Detroit Golf Club