UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| ROOFERS' PENSION FUND, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DXC TECHNOLOGY COMPANY, MICHAEL J. SALVINO, JOHN SWEENEY, KENNETH P. SHARP, and ROBERT F. DEL BENE, <br><br> Defendants. | Case No.  1:24-cv-01351-LMB-WEF |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF
THE MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN
FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF COUNSEL**

Pursuant to 28.U.S.C. §1746, I, MATTHEW L. TUCCILLO, declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for lead plaintiff movant Nova Scotia Health Employees' Pension Plan ("NSHEPP") in the above-captioned litigation.  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the District of Massachusetts, the Eastern and Southern Districts of New York, the Southern District of Texas, the Northern District of Illinois, and the Eastern District of Wisconsin.

4.      I submit this Declaration in support of NSHEPP's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class.

5.      Attached hereto as the exhibits indicated are true and correct copies of:

Exhibit A:      Chart setting forth NSHEPP's financial interest in this Action;

Exhibit B:      Press release published via *Business Wire* on August 2, 2024, announcing the pendency of the Action;

Exhibit C:      Shareholder Certification executed on behalf of NSHEPP;

Exhibit D:      Firm resume of Pomerantz; and

Exhibit E:      Firm resume of Cohen Milstein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 1, 2024.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo