# EXHIBIT A

**DXC Technology Company (DXC)**
**Class Period: May 26, 2021 to May 16, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**
**Nova Scotia Health Employees' Pension Plan**

| Account Number | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $18.2246 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Preclass | 28,100 | | | | | | |
| Nova Scotia Health Employees' Pension Plan | 12/9/2021 | 17,000 | $30.6500 | ($521,050) | 3/29/2022 | (9,400) | $33.9300 | $318,942 | | | | |
| Nova Scotia Health Employees' Pension Plan | 7/25/2022 | 15,600 | $31.1000 | ($485,160) | | | | | | | | |
| **Nova Scotia Health Employees' Pension Plan** | | **32,600** | | **($1,006,210)** | | **(9,400)** | | **$318,942** | **32,600** | **$594,122** | **($412,088)** | **($264,458)** |

*Avg Closing Prices from May 17, 2024 to August 14, 2024