# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Stefan Cowell, on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), as Chief Executive Officer, with authority to enter into litigation on behalf of NSHEPP, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint filed against DXC Technology Company ("DXC") and authorize the filing of a motion on NSHEPP's behalf for appointment as lead plaintiff.

3.      NSHEPP did not purchase or acquire DXC securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      NSHEPP is willing to serve as a representative party on behalf of a class of investors who purchased or acquired DXC securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has authority to select the most adequate plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of NSHEPP's transactions in DXC common stock during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, NSHEPP has served or sought to serve as a representative party in the following actions:

- *Bristol County Retirement System v. QuidelOrtho Corporation f/k/a Quidel Corporation et al.*, 1:24-cv-02804 (S.D.N.Y.);

- *David Ramos v. Comerica Incorporated et al.*, 2:23-cv-06843 (C.D. Cal.);

- *Shanaphy v. Kohls Corporation et al.,* 2:22-cv-01016 (E.D. Wis.);

- *Ashraf v. MINISO Group Holding Limited et al.*, 2:22-cv-05815 (C.D. Cal.);[1]

- *In re Emergent Biosolutions Inc. Securities Litigation*, 8:21-cv-00955 (D. Md.); and

- *Edwards v. McDermott International, Inc. et al.*, 4:18-cv-04330 (S.D. Tex.).

7.      NSHEPP agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 24, 2024
              (Date)

_____
                    (Signature)
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

---

[1]      Subsequently transferred to the U.S. District Court for the Southern District of New York and recaptioned *In re MINISO Group Holding Limited Securities Litigation*, 1:22-cv-09864 (S.D.N.Y.).

**DXC Technology Company (DXC)**                    **Nova Scotia Health Employees' Pension Plan**

**List of Purchases/Acquisitions and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 12/9/2021 | 17,000 | $30.6500 |
| Purchase/Acquisition | 7/25/2022 | 15,600 | $31.1000 |
| Sales | 3/29/2022 | (9,400) | $33.9300 |