UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

(Alexandria Division)

| | |
|---|---|
| ROOFERS' PENSION FUND, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DXC TECHNOLOGY COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:24-cv-01351-LMB-WEF<br><br><u>CLASS ACTION</u> |

**DECLARATION OF CRAIG C. REILLY IN SUPPORT OF THE MOTION OF THE TEAMSTERS FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Craig C. Reilly, declare as follows:

1.      I am a member in good standing of the bar of Virginia and am admitted to practice before this Court.  I am the principal of The Office of Craig C. Reilly, Esq. and liaison counsel for proposed lead plaintiff Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987, and Central Pennsylvania Teamsters Health and Welfare Fund (the "Teamsters Funds").  I submit this declaration in support of the Motion of the Teamsters Funds for Appointment as Lead Plaintiff and Approval of Selection of Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:      Notice of the pendency of the action, published on *Business Wire* on August 2, 2024;

- 1 -

4860-7870-8714.v1

- 2 -

Exhibit B:    The Teamsters Funds' Sworn Certifications; and

Exhibit C:    The Teamsters Funds' loss estimate, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2024, at Alexandria, Virginia.

*/s/ Craig C. Reilly*
CRAIG C. REILLY

- 2 -

4860-7870-8714.v1