# EXHIBIT C

Movants' Purchases and Losses — Class Period: 05/26/2021 - 05/16/2024 — DXC Technology Co. (Q3 2024)

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan** | 06/24/2021 | 16,186 | $38.28 | $619,558.00 | 06/14/2022 | 14,050 | $30.91 | $434,234.92 | |
| | 06/25/2021 | 15,778 | $39.28 | $619,707.77 | 10/24/2022 | 353 | $28.90 | $10,202.62 | |
| | 08/25/2021 | 15,104 | $37.24 | $562,429.16 | 04/20/2023 | 1,640 | $24.60 | $40,346.46 | |
| | 08/26/2021 | 3,775 | $36.97 | $139,562.51 | 06/15/2023 | 1,564 | $27.28 | $42,666.39 | |
| | 10/27/2021 | 2,760 | $32.50 | $89,708.56 | 07/24/2023 | 80,989 | $27.73 | $2,245,824.97 | |
| | 03/28/2022 | 30,377 | $32.85 | $997,911.79 | 07/25/2023 | 20,246 | $28.49 | $576,808.54 | |
| | 04/14/2022 | 17,197 | $31.28 | $537,903.24 | | | | | |
| | 04/18/2022 | 17,665 | $31.22 | $551,471.27 | | | | | |
| | | **118,842** | | **$4,118,252.29** | | **118,842** | | **$3,350,083.90** | **($768,168.39)** |
| **Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987** | 06/24/2021 | 12,949 | $38.28 | $495,654.05 | 01/13/2022 | 4,681 | $34.43 | $161,183.68 | |
| | 06/25/2021 | 12,623 | $39.28 | $495,789.78 | 05/02/2022 | 1,812 | $28.86 | $52,286.17 | |
| | 08/19/2021 | 11,244 | $35.13 | $395,006.22 | 06/06/2022 | 15,267 | $35.45 | $541,280.80 | |
| | 08/25/2021 | 14,704 | $37.24 | $547,534.32 | 06/14/2022 | 6,068 | $30.91 | $187,540.04 | |
| | 08/26/2021 | 3,675 | $36.97 | $135,865.49 | 12/05/2022 | 2,728 | $28.20 | $76,933.69 | |
| | 10/27/2021 | 7,832 | $32.50 | $254,564.28 | 01/11/2023 | 2,500 | $28.02 | $70,056.00 | |
| | 04/14/2022 | 11,640 | $31.28 | $364,086.40 | 04/04/2023 | 1,061 | $25.35 | $26,894.97 | |
| | 04/18/2022 | 11,956 | $31.22 | $373,245.99 | 05/11/2023 | 1,386 | $22.72 | $31,483.82 | |
| | 10/24/2022 | 10,543 | $28.91 | $304,842.41 | 07/11/2023 | 1,550 | $27.76 | $43,032.96 | |
| | | | | | 07/24/2023 | 48,091 | $27.73 | $1,333,563.43 | |
| | | | | | 07/25/2023 | 12,022 | $28.49 | $342,506.78 | |
| | | **97,166** | | **$3,366,588.94** | | **97,166** | | **$2,866,762.34** | **($499,826.60)** |
| **Central Pennsylvania Teamsters Health and Welfare Fund** | 06/24/2021 | 1,036 | $38.28 | $39,655.39 | 06/14/2022 | 836 | $30.91 | $25,837.75 | |
| | 06/25/2021 | 1,010 | $39.28 | $39,669.47 | 10/24/2022 | 26 | $28.90 | $751.47 | |
| | 08/25/2021 | 967 | $37.24 | $36,008.28 | 07/24/2023 | 6,148 | $27.73 | $170,484.04 | |
| | 08/26/2021 | 241 | $36.97 | $8,909.82 | 07/25/2023 | 1,536 | $28.49 | $43,760.64 | |
| | 10/27/2021 | 456 | $32.50 | $14,821.41 | | | | | |
| | 03/28/2022 | 2,326 | $32.85 | $76,411.19 | | | | | |
| | 04/14/2022 | 1,239 | $31.28 | $38,754.56 | | | | | |
| | 04/18/2022 | 1,271 | $31.22 | $39,678.46 | | | | | |
| | | **8,546** | | **$293,908.57** | | **8,546** | | **$240,833.90** | **($53,074.67)** |
| **Movants' Total** | | **224,554** | | **$7,778,749.80** | | **224,554** | | **$6,457,680.13** | **($1,321,069.67)** |

Prices listed are rounded to two decimal places.