IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| In re DXC Technology Company | ) | |
| Securities Litigation | ) | 1:24-cv-1351 (LMB/WEF) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

ORDER

Due to the substantial overlap between the alleged conduct and claims at issue in this securities class action and the shareholder derivative action before Judge Trenga, Hollin v. Herzog et al., 1:24-cv-1521, and due to this Court's schedule, it is hereby

ORDERED that this action is TRANSFERRED to Judge Trenga. Judge Trenga may decide to have a single magistrate judge on both actions.

The Clerk is directed to transfer the action to Judge Trenga and to forward copies of this Order to counsel of record.

Entered this 31st day of October, 2024.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge