***In re DXC Technology Company Securities Litigation***
**Civil Action No. 1:24-cv-01351-AJT-WEF**

**APPENDIX A - ALLEGED MISSTATEMENTS IN PLAINTIFF[1]'S CORRECTED COMPLAINT**

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| May 26, 2021<br><br>4Q21 Earnings Call Tr.<br>(Ex. 2)<br><br>AC ¶ 196<br><br>Speaker: Sharp | Fourth, we will reduce restructuring and TSI expense to approximately $550 million in FY '22 to under $100 million in FY '24, ultimately improving cash flow.<br><br>***One of our key initiatives we are employing to drive cash flow and improve earnings power is to wind down restructuring and TSI costs.*** Since DXC was formed 4 years ago, we had significant cash outflows with approximately $900 million in expense per year on average. In FY '22, this will be reduced to approximately $550 million, with a larger portion being allocated to facilities restructuring | Defendant Sharp's statement set forth in ¶ 196 that DXC was "wind[ing] down restructuring and TSI costs" to "drive cash flow and improve earnings power" was materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left a misleading impression that DXC was able to "wind down" these costs because it already had made significant progress in integrating and restructuring DXC's acquisitions and lines of business, and that as a result, the business had been stabilized and | • Puffery/Aspirational/Vague (e.g., "key initiatives," "drive," "improve")<br><br>• Forward-Looking Statement ("FLS") (e.g., explaining future "initiatives" and basis for expense projection)<br><br>• No particularized facts showing, *e.g.*, that initiatives were not as described when challenged statement made. |

---

[1]  "Plaintiff" refers to Sparinvest S.A.  This chart reflects the alleged misstatements in the Corrected Consolidated Complaint for Violation of the Federal Securities Laws ("AC") filed by the Court-appointed Lead Plaintiff, Sparinvest, S.A. on December 23, 2024, Dkt. 65.

[2]  The challenged statements are listed in chronological order, from the date the statement was made.

[3]  This chart identifies only those statements, or portions of statements, that Plaintiff appears to specifically allege were false or misleading by using **bolded italics** in the AC.  For the Court's convenience, this chart divides the challenged statements into three general categories: (1) statements explaining DXC's "focus" or and management's plans, goals, and activities (highlighted in blue); (2) statements describing DXC's efforts to reduce TSI costs as "tightly manage[d]" or otherwise characterizing those efforts (highlighted in pink); and (3) statements praising DXC's progress on TSI costs (highlighted in red).

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | efforts to improve the work experience for our people as we reshape our portfolio for our virtual model. | was poised for organic growth. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's | |

2

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| June 17, 2021<br><br>DXC 2021 Investor Day Tr.<br><br>AC ¶ 201<br><br>Speaker: Salvino / Sharp | In response to a question from MoffettNathanson analyst, Lisa Ellis:[4]<br><br>Salvino<br><br>Lisa, thanks for the question. And I'm going to take the first one on restructuring and TSI. Ever since I've sat in the seat as CEO, this has been a – something of a thorn on our side. Right? So when you look at what we did last year, around $900 million of restructuring and TSI, we're basically pretty much cut debt in half. *And the focus there is around making sure that any integration that we've done we're absolutely just going to make through that, look, it's done on the appropriate* | Defendant Salvino's statements that DXC was "making sure that any integration that we've done" is "done [i]n the appropriate way" and Defendant Sharp's statements that the Company has been "evaluating," "ending," or "shutting down" restructuring and integration projects, "getting them completed" and "to the right results" as set forth in ¶ 201 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because these statements left investors with the misleading impression | • Puffery/Aspirational/Vague (e.g., "focus," "sure," "absolutely," "appropriate," "right results," "good outcome")<br><br>• FLS (e.g., "we're … going to," "we'll have …")<br><br>• Opinion (e.g., "I do think")<br><br>• No particularized facts showing, e.g., that "focus" was not as described when challenged statement made. Same for "evaluating and ending" projects. |

---

[4] Ms. Ellis's question was: "I had a couple of questions on the free cash flow outlook. Thanks for the additional detail and focus there. It's like the lynchpin of the FY 2024 outlook. Two things. Ken, these are for you, I'll just ask them both upfront. First, you highlighted reducing TSI and restructuring as the primary lever of free cash flow improvement over the next couple of years. Can you just give a bit more color on what you're doing to reduce that line item like specifically what's different or maybe what you are stopping doing that you were doing before?"

3

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | *way and move on from there.* The restructuring, we're very focused on the real estate stuff. So, the plans underneath these numbers now are very detailed as it relates to how we're going to go from $900 million to $550 million and then ultimately to $100 million and look like our peer group again as it relates to restructuring and TSI. So, those were the comments I would make on that.<br><br>Sharp<br><br>Wonderful, Mike [Salvino]. Thank you. So, Lisa, I'd just maybe touch on the TSI and restructuring. And Michael Corcoran is on the call as well and you will likely know this, but Michael runs our M&A process. *And he's been working through each and every open WBS code on TSI. And literally, we've been going through and evaluating and ending those projects and shutting them down, getting them completed and getting them to the right results.* So, you'll see that – you'll see TSI expense continue to decline as we kind of move on through the current fiscal year. So, I think that's a great result. | that DXC had "end[ed]," "shut[] down," and "completed" its restructuring and integration efforts. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, | |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | Mike [Salvino] is incredibly focused. I think it was my – probably my priorities that you gave me. I think it was number three coming in. *So, certainly, we've been drilling into them. I do think we'll have a good outcome with it.* And you said Lisa, I just want to make sure I get words right. But I think you were talking about our main lever. I would say we've got a lot of levers on cash flow. My list I put in there I would say is somewhat indicative. And we're going to go work all of these together. | sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Aug. 4, 2021

1Q22 Earnings Call Tr. (Ex. 3)

AC ¶¶ 205, 206

Speaker: Sharp | Restructuring and TSI expenses were $76 million, down 58% from prior year.

As you likely realized, with Mike [Salvino]'s leadership, *we will continue to make decisions to better position the company for the longer-term, creating a sustainable business.* Certain of these decisions impacted cash flow this quarter. As our guidance anticipated, we plan to take certain actions that impacted the Q1 cash flow. We remain on track to deliver our full-year free cash flow guidance of $500 million. | Defendant Sharp's statements that DXC "will continue to make decisions to better position the company for the longer term, creating a sustainable business" and that one of DXC's "key initiatives to drive cash flow and improve earnings power is to wind down restructuring [and] TSI costs" as set forth in ¶¶ 205-06 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because these statements left investors with the misleading impression that Defendants | • Puffery/Aspirational/Vague (e.g., "better decisions," "sustainable business," "key initiatives," "improve")

• FLS (e.g., "we will continue …", also explaining future "initiatives" and basis for expense projection)

• No particularized facts showing, e.g., that "initiatives" were not as described when challenged statement made. |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | *One of our key initiatives to drive cash flow and improve earnings power is to wind down restructuring and TSI cost.* We expect to reduce this from an average of $900 million per year over the last four years to $550 million in FY 2022 and about $100 million in FY 2024. | restructuring and integration efforts had "creat[ed] a sustainable business" and now DXC was able to "wind down" these expenses. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, | |

6

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Sep. 14, 2021<br><br>DXC's Presentation Tr. from the Citigroup Tech. Conf.<br>(Ex. 4)<br>AC ¶210<br><br>Speaker: Salvino | In response to a question from Citigroup analyst, Ashwin Shirvaikar:[5]<br><br>Ashwin, thanks. So look, the approach is this. ***We're running a very structured playbook***. And when I say playbook, it's got 3 phases. ***First phase is over, that's the stabilization phase. That was done in FY '21, and we say stabilization.*** This is where we sought to implement what I call the 5 steps of the transformation journey. Those steps stay the same through each phase. The goals just change in each step. ***So now*** | Defendant Salvino's statements that DXC was "running a very structured playbook," and that the "stabilization phase" is over, enabling DXC to "build[] the foundation for growth" as set forth in ¶ 210 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC had stabilized the business with its | • Puffery/Aspirational/Vague (e.g., "very structured playbook," "stabilization," "foundation for growth," "improve")<br><br>• FLS (e.g., "everything we do this year will help us grow")<br><br>• No particularized facts showing "stabilization phase" wasn't over or that company was not |

[5] Mr. Shirvaikar's question was: "Yes. So I thought maybe a good first question would be to investors who are just now coming back to the name after maybe a hiatus of a year or 2. It may look to them like DXC is still restructuring the same thing that they saw maybe a couple of years ago. But then, of course, the current management team has achieved a lot in a couple of years. And that's perhaps different partly because I think you're seeking to balance multiple priorities. You're not just focused on cost, for example. So can you maybe speak to the broad approach in terms of clients, employees, the portfolio offering and so on?"

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | *we're in building the foundation for growth, meaning simply put, everything we do this year will help us grow as it relates to us hitting our 2024 targets that we put out there.* | restructuring and integration efforts to date. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's | trying to grow when challenged statement made. |

8

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Nov. 3, 2021<br><br>2Q22 Earnings Call Tr.<br>(Ex. 5)<br><br>AC ¶¶ 213, 214<br><br>Speaker: Sharp / Salvino | <u>Sharp</u><br><br>*A key driver of improving cash flow is to continue to reduce our restructuring and TSI spend. Our restructuring and TSI efforts are highly focused, and we believe are a prudent investment in the business* addressing our outsized cost structure in certain countries and to reduce our facilities footprint to align to our virtual model. We remain on track to reduce restructuring [and] TSI from an average of $900 million per year over the last 4 years to $550 million in FY '22 and about $100 million in FY '24.<br><br>DXC "continue[d] to deliver on reducing restructuring and TSI expense . . . ."<br><br><u>Salvino</u> | Defendant Sharp's statements that DXC's restructuring and TSI efforts were "highly focused" and a "prudent investment in the business," and that DXC had "ma[d]e sure" costs related to restructuring and TSI were "deployed thoughtfully" as set forth in ¶¶ 213, 215 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC was "thoughtfully" improving its cash flows through "highly focused" restructuring and integration efforts. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a | • Puffery/Aspirational/Vague (e.g., "key driver," "prudent," "highly focused," "good news," "stronger," "sustainable")<br><br>• FLS ("on track" to meet future goal, describing basis for forecast)<br><br>• Opinion (e.g., "we believe …")<br><br>• No particularized facts showing, e.g., that efforts were "focused" or that speaker didn't "believe" investment was prudent. |

9

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | *The good news is the financial results that Ken just took us through reduced debt, shrinking restructuring and TSI costs, increased margin and EPS and stronger free cash flow are all sustainable and a result of the operational work we are doing.* This gives us confidence that we will achieve our FY '24 double-digit margin guidance. | "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily | |

10

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | boost DXC's earnings and cash flows. | |
| Nov. 3, 2021<br><br>2Q22 Earnings Call Tr. (Ex. 5)<br><br>AC ¶ 215<br><br>Speaker: Sharp | In response to a question from Citigroup analyst, Ashwin Shirvaikar:[6]<br><br>Yes. We've guided the $550 million for the full year. We're running probably a little bit light of that at this point. What I would say, Ash, *when we've taken a very disciplined focus effort on every dollar of spend. So we make sure there's business cases, it's being deployed thoughtfully.* So you could see it tick up in the second half of the year to get to the $550 million. But I would just say we're working diligently to manage it. So I would say that $550 million is a good number. *But if we don't need the money, we certainly won't spend it.* | *See* Statement No. 5. | • Puffery/Aspirational/Vague (e.g., "very disciplined," "thoughtfully")<br><br>• FLS (describing basis for projection for "second half of the year")<br><br>• Opinion (e.g., "What I would say")<br><br>• No particularized facts showing, e.g., that company wasn't doing its best or that was planning to spend unnecessary money when challenged statement made. |
| Feb. 2, 2022<br><br>3Q22 Earnings Call Tr. (Ex. 6) | Clearly, our focus has been on improving our cash flow. Specific to new business, we have been focused on structuring our transactions to have lower capital intensity, potentially | Defendant Sharp's statements that DXC was "focus[ed] on driving structural changes" to improve its "ability to generate and hold on to more cash," and that DXC "made particularly strong progress with | • Puffery/Aspirational/Vague (e.g., "focus," "improved," "strong progress," "significant strides") |

[6] Mr. Shirvaikar's question was: "And then restructuring in TSI. As I sort of look at what you've done year-to-date and the full year projection, it would seem like the current level probably be maintained for the next couple of quarters. I just want to make sure that's accurate and what leads to sort of the quarter-to-quarter step up, step down. Any particular callouts on what you're specifically doing there? Sorry if I missed that."

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| AC ¶¶ 220-22<br><br>Speaker: Sharp | trading off revenue in favor of cash flow.<br><br>*As you can see from my prior comments, our focus on driving structural changes has improved our ability to generate and hold on to more cash.* Cash flow from operations totaled an inflow of $696 million. Free cash flow for the quarter was $550 million, an increase of $956 million as compared to prior year, and moves our year-todate free cash flow to $650 million or $150 million above our full year guidance.<br><br>*This quarter, we made particularly strong progress with cash generation and continued reduction of Restructuring and TSI expense.*<br><br>*We also continue to make progress on reducing Restructuring and TSI expense.* This reduction contributed $195 million to cash flow during the quarter as compared to the prior year. Further, this also achieves one of our goals of narrowing the difference between GAAP and non-GAAP earnings. | cash generation and continued reduction of Restructuring and TSI expense," as set forth in ¶¶ 220-21 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC's "strong . . . cash generation," was the result of "structural changes" in its reduction of restructuring and integrations costs. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, | • FLS (describing basis for TSI projection)<br><br>• Opinion (e.g., "believe")<br><br>• No particularized facts showing, e.g., that "focus" wasn't as described or that disclosed past expense numbers were wrong. |

12

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | To put this all in context, we expect to spend $500 million less on Restructuring and TSI expense than last year, while expanding margins by over 200 basis points. *Our focus is to embed these types of expenses over time into the normal performance of the business, and believe we have taken significant strides in doing so.* | had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| May 25, 2022<br><br>4Q22 Earnings Conference Call Tr. (Ex. 7)<br><br>AC ¶ 227 | As Mike mentioned earlier, *our financial foundation is in a much better place. We achieved a lot in the year,* improving transparency into our performance, strengthening our balance sheet, *significantly improving free cash flow, reducing restructuring and TSI expense*, and executing on our capital allocation program. | Defendant Sharp's statements that DXC's "financial foundation is in a much better place," and that the Company had been "improving transparency into our performance, strengthening our balance sheet, significantly improving free cash flow, reducing restructuring and TSI expense." In reality, however, and as Fernandez admitted at the end | • Puffery/Aspirational/Vague (e.g., "better place," "achieved a lot," "significantly improving")<br><br>• No particularized facts showing, e.g., that financial numbers, such as "free cash flow" figures, were wrong. |

13

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| Speaker: Sharp | | of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards | |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| June 2, 2022<br><br>DXC's Presentation Tr. from the Cowen Tech. Conf. (Ex. 8)<br><br>AC ¶¶ 231, 232<br><br>Speaker: Sharp | In response to a question from Cowen analyst, Bryan C. Bergin:[7]<br><br>So when you think about a bridge, think there are a handful items that jump out that are pretty big swingers for us. So certainly, the margin expansion, that's a piece. And then when you think about restructuring and [T]SI, I think we were -- when John [Sweeney] and I first showed up, we had a [b]oard of our big opportunities. Restructuring and TSI with one of $1 billion opportunity.<br><br>It's probably over $100 million right -- *so we were trying to sort our way through that and certainly shutting it down*. And it seems like, Brian, it would be so easy just to stop it, right? It's not as easy as you think unfortunately, because it gets to be the | Defendant Sharp's statements that DXC was "trying to sort our way through [restructuring and TSI] and certainly shutting it down" and that "about $300 million or more cash improvement that will come out of that, which I think is a positive," as set forth in ¶ 231 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC was "shutting [] down" its restructuring and TSI efforts and the result of this would be "positive" due to the "cash improvement." In reality, however, and as Fernandez | • Puffery/Aspirational/Vague (e.g., "trying," "positive," "opportunity," "unified face")<br><br>• FLS (e.g., "cash improvement that will come out of that," describing management's plans)<br><br>• Opinion (e.g., "I think," "we think")<br><br>• No particularized facts showing, e.g., that "focus" wasn't as described or that disclosed past expense numbers were wrong. |

[7] Mr. Bergin's question was: "Free cash flow, let's move to that. So you touched on 4Q and '22 earlier in your commentary, but let's talk about the bridge forward. So you ended fiscal '22 at $743 million. That did include some notable proactive measures that we had discussed. You're projecting $800 million in fiscal '23, and you affirmed that $1.5 billion, []24 target. As you think about that $743 million to $1.5 billion, what are the biggest swing factors there?"

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | culture. And when you said $900 million, John, it was $900 million on average for every year, DXC is created. *So literally tackling that. I think we've got about $300 million or more cash improvement that will come out of that, which I think is a positive*. So the margin expansion, restructuring, [T]SI, the other area for me that's a real hard one is the CapEx side. So we'll say CapEx and lease originations because we still debate over what the free cash flow definition is, is a classic we turned the analysis.<br><br>The business historically didn't report organic revenue. They were doing a series of acquisitions. *A lot of those didn't get integrated in. That's where we think we've got a lot of opportunity in the business, right, continuing driving the business together, drive kind of a unified face to the customer and make sure we're leveraging our accounts.* | admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of | |

16

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Nov. 3, 2022<br><br>2Q23 Earnings Call Tr.<br><br>AC ¶ 236<br><br>Speaker: Sharp | *We continue to tightly manage our restructuring and TSI expenses.* These expenses totaled $57 million in the quarter or $92 million for the first half of the year. We expect to see an uptick in restructuring expense in the second half of the year as we execute on our cost optimization efforts. | Defendant Sharp's statements that DXC "continue[s] to tightly manage our restructuring and TSI expenses" as set forth in ¶ 236 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC was "tightly manag[ing]" its restructuring and TSI expenses. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former | • Puffery/Aspirational/Vague (e.g., "tightly manage")<br><br>• No particularized facts showing, e.g., that expense numbers were wrong. Warned about expense uptick to come. |

17

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Feb. 1, 2023<br><br>3Q23 Earnings Call Tr. | ***We continue to tightly manage restructuring and TSI expenses***. These expenses totaled $55 million in the quarter. And year-to-date, restructuring | Defendant Sharp's statements that DXC "continue[s] to tightly manage restructuring and TSI expenses" as set forth in ¶ 240 were materially false or | • Puffery/Aspirational/Vague (e.g., "tightly manage," "a lot of work," "good work," "focus") |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| AC ¶¶ 240, 241<br><br>Speaker: Sharp | in TSI is $147 million, down $124 million from the prior year.<br><br>In response to a question from Cowen analyst, Bryan Bergin:[8]<br><br>All right. Great, Bryan. And look, if I need to clarify, feel free to jump back in. Look, it's great work from the team, right? We've been at this for a couple of years, right? If you wind the clock back, the business had negative free cash flow. *We've done a lot of work.* Probably the biggest, you look at it now 2 years in a row of positive cash flow over $600 million. So it's really not lost on us, right? *A lot of good work from a lot of people across the entire business.*<br><br>*The biggest driver, right, if you had to just kind of look holistically at the business has been the focus on driving down the restructuring [and] TSI.* So I think that's been somewhere around $600 million swing, so year-to-year. So I think that's a pretty big piece. And then just this quarter, we had built up | misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC was "tightly manag[ing]" its restructuring and TSI expenses. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its | • No particularized facts showing, e.g., that company had done a lot of work or that "focus" wasn't as described. |

---

[8] Mr. Bergin's question was: "Wanted to start on free cash flow. So Ken, just hoping to dig on the moving pieces here to make sure we understand this for '23 and '24. So can you first talk about some of the factors that drove the strong 3Q performance? Should we expect the continued lumpiness in free cash flow generation going forward? Or does that start to kind of smooth out?"

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | some AR. It's a little bit hard to tell on the balance sheet but -- because of FX movements and so forth. But we had built up some AR in the last couple of quarters and brought that back down this quarter to kind of a more normalized level. So really, the team has done a nice job just driving across the business. | predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| May 18, 2023<br><br>4Q23<br>Earnings Call Tr.<br>(Ex. 9)<br><br>AC ¶ 246<br><br>Speaker: Sharp | ***We continue to tightly manage restructuring and TSI expense***. Our restructuring and TSI expense was 232 million for the year, 68 million lower than our guide.<br><br>We have been focused on improving the quality of earnings and limiting this kind of non-GAAP adjustments. | Defendant Sharp's statements that DXC "continue[s] to tightly manage restructuring and TSI expense" as set forth in ¶ 246 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC was "tightly manag[ing]" its restructuring and TSI expenses. In reality, however, | • Puffery/Aspirational/Vague (e.g., "tightly manage")<br><br>• No particularized facts showing, e.g., that company expense numbers were "lower" than previous projection. |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of | |

21

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Aug. 2, 2023<br><br>1Q24 Earnings Call Tr. (Ex. 10)<br><br>AC ¶ 250<br><br>Speaker: Salvino | We are actioning the cloud ITO and Modern Workplace offerings of GAS, which have been impacted by the slowing IT market and are keeping us from making the progress we desire. We are still confident that we will stabilize the performance of these two offerings. *We have made improvements in both leadership and our operating model to grow our company and to be even more competitive. We are managing areas that we can control very well, like free cash flow and restructuring in TSI, and the financial analytics that Rob and his team are focused on building will allow us to deliver more predictable and repeatable results.* | Defendant Salvino's statements that DXC had "made improvements in both leadership and our operating model to grow our company and to be even more competitive" and was "managing areas that we can control very well, like free cash flow and restructuring [and] TSI . . . to deliver more predictable and repeatable results" as set forth in ¶ 250 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading because it left investors with a misleading impression that DXC would be able to deliver "predictable and repeatable" free cash flow and restructuring and integration results because of the Company's improvements to its operating model. In reality, however, and as Fernandez admitted at the end of the Class | • Puffery/Aspirational/Vague (e.g., "improvements," "competitive," "managing," "very well," "focused, "predictable and repeatable")<br><br>• FLS ("will allow," describing basis for confidence that performance will stabilize in the future)<br><br>• No particularized facts showing, e.g., that company had made improvements or that "focus[]" wasn't as described. |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its predecessor businesses, CSC and HP, and that numerous subsequently acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-174. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards | |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows. | |
| Aug. 2, 2023<br><br>1Q24<br>Earnings Call Tr.<br>(Ex. 10)<br><br>AC ¶¶ 251, 252<br><br>Speaker: Del Bene | In response to a question from Cowen analyst, Zack Ajzenman:[9]<br><br>Yeah, Zack, this is Rob Del Bene. Thanks for the question. Look, when we take a look at the EBIT margin that we expect to perform at that level for the remainder of the year, take a look at the working capital levers we have taken all together, we are confident that we could achieve this adjusted level of $800 million.<br><br>***So we have cost reduction plans that support the EBIT, the margin, the reduced margin, and we have operational actions and line of sight to deliver working capital and capital expenditure reductions to get to the $800.*** | Defendant Del Bene's statements that DXC had "operational actions and line of sight to deliver working capital and capital expenditure reductions to get to the $800" and was "not trying to accelerate [its free cash flows] temporarily" as set forth in ¶¶ 251-52 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading for the same reasons | • Puffery/Aspirational/Vague (e.g., "focused," "discipline," "right levels," "sustained basis")<br><br>• FLS (describing "plans" for achieving goals, "line of sight")<br><br>• Opinion (e.g., "we think")<br><br>• No particularized facts showing, e.g., that plans and goals were not as described. |

[9] Mr. Ajzenman's question was: "And just to follow up on free cash flow and related on margins, I guess given the cut on the revenue and earnings, I guess we're surprised the free cash flow view is not reduced even further. So maybe you can speak to the levels that are partly inflating free cash flow here and maybe what you're doing to support expenses without cutting into the bone."

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | In response to a question from BMO Capital Market analyst, Keith Bachman:[10]<br><br>*The answer to that is no.* I mean, we think there are operational improvements that will benefit us over the long term, which will help us drive capital savings over time and get the receivables to what we think is the right sustainable future level.<br><br>*So we are not trying to accelerate anything temporarily. We're more focused on just operational discipline and getting to the right levels, as I said, on a sustained basis.* | | |
| Nov. 1, 2023<br><br>2Q24<br>Earnings Call Tr.<br>(Ex. 11)<br><br>¶¶ 256, 257 | Restructuring and TSI expense increased to $38 million, with the increase entirely due to the restructuring of facility leases part of our effort to right size our facility footprint. *We are tightly managing restructuring, and we'll continue to* | Defendant Del Bene's statements that DXC was "tightly managing restructuring, and we'll continue to evaluate opportunities to streamline our operations" as set forth in ¶ 256 were materially false or misleading when made, or omitted material facts necessary to render such statements not | • Puffery/Aspirational/Vague (e.g., "tightly manage," "opportunities," "streamline," "successful")<br><br>• FLS (e.g., "we'll continue to…," "on track" to reach "goals," "will continue") |

[10] Mr. Bachman's question was: "On the free cash flow to EBIT, I heard the answer to a previous question on why the free cash flow performance is better, some working capital tweaks. And I want to ask it in the context of, are those working capital tweaks, are you sort of borrowing from next year's potential free cash flow generation by some of the things that you're doing to support the 800 target versus a more significant degradation associated with the EBIT line?"

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| Speaker: Del Bene | *evaluate opportunities to streamline our operations.*<br><br>In response to a question from Susquehanna International Group analyst, James Friedman:[11]<br><br>One of the -- there are several -- as you would imagine, there are several factors that contribute to the free cash flow performance. It starts with the value delivered by the teams and the offerings that we have, the profitability of those offerings. *Another big contributor is a significant cost reduction activities that the teams have embarked on. And last year, they were very successful in achieving the cost reduction goals this year. We're on track with our cost reduction goals, and that will continue.* | misleading because it left investors with a misleading impression that DXC was "tightly manag[ing]" its restructuring and TSI expenses and continued to look for opportunities to integrate its existing operations. In reality, however, and as Fernandez admitted at the end of the Class Period, DXC was "really not [a] fully functional organization." Instead, DXC had a "number of systems still in place that were acquired over time, never integrated, never deduped; number of business processes that got stacked on top of each other; number of legal entities." Fernandez's statements are corroborated by multiple former DXC employees, who stated, among other things, that it was common knowledge within DXC that the Company had no interest in meaningfully integrating its businesses, and that DXC, in fact, had never integrated its | • No particularized facts showing, e.g., that plans were not as described or that cost reduction didn't happen. Question posed explicitly noted "impressive accomplishments" to date. |

---

[11] Mr. Friedman's question was: "So you've had some <u>impressive accomplishments</u> in especially the free cash flow and the free cash flow per share. And I was wondering if you could kind of unpack how you're achieving that, Rob, <u>because it really stands out</u> on both the numerator and denominator."

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | predecessor businesses, CSC and HP, and that numerous subsequently-acquired businesses, including Luxoft, Argodesign, and Molina Healthcare, had not been integrated into DXC's business and maintained their own email addresses, sales teams, clients, pipelines, delivery systems, sourcing, and HR departments. *See* ¶¶ 144-74. Thus, DXC's reduction in restructuring and TSI costs was not a reflection of DXC's progress towards integration and, ultimately, a sustainable business. Rather, it was an attempt to temporarily boost DXC's earnings and cash flows.<br><br>Defendant Del Bene's statements that DXC's "significant cost reduction activities" were "very successful" and that the Company was "on track with our cost reduction goals, and that will continue," as set forth in ¶ 257 were materially false or misleading when made, or omitted material facts necessary to render | |

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | | such statements not misleading for the same reasons. | |
| Nov. 1, 2023<br><br>2Q24 Earnings Call Tr.<br>(Ex. 11)<br><br>AC ¶ 258<br><br>Speaker: Salvino | In response to a question from DeepDives' Rod Bourgeois:[12]<br><br>So Rod, the other thing I would add to Rob's comments is we keep overlooking the operating model. So it takes most companies a year or 2 to get these operating models right. **We now are starting to see the benefits of it** because after last quarter, right, every transformation hit some bumps. But I couldn't be more proud of the execution of our team this quarter.<br><br>And what that means, is we're getting to a lower level of detail than DXC has ever seen with our customers. And that detail not only produces new project work. It also makes us have the ability to manage our margins a lot better to generate more free cash flow. So when I talk about the right model, right leader approach, to me, **that's the catalyst that** | Likewise, Defendant Salvino's statements that DXC was "starting to see the benefit" of its restructuring and integration efforts and "starting to see a team really starting to deliver now" following those efforts as set forth in ¶ 258 were materially false or misleading when made, or omitted material facts necessary to render such statements not misleading for the same reasons. | • Puffery/Aspirational/Vague (e.g., "benefits," "catalyst," "deliver")<br><br>• Opinion ("to me")<br><br>• No particularized facts showing, e.g., that company had realized some benefits from operating model. |

[12] Mr. Bourgeois' question was: "So thanks to Rob for outlining the free cash flow drivers to get you to the $800 million target. That's clearly the key metric here. I want to ask another question about free cash flow kind of from a different angle. Clearly, the industry is experiencing the cyclical challenges, and that's impacting your project-based revenues this year. If you weren't seeing cyclical challenges in your project-based revenues this year, would you then be in a position for free cash flow north of $800 million? In other words, I'm trying to get a take on to what extent the cyclical demand challenges are impairing your free cash flow power this year?"

| Date & Source[2] | Challenged Statement[3] | Plaintiff's Theory of Falsity | Reasons Why Not False Or Misleading |
|---|---|---|---|
| | *we're giving to the market* at this point in time.<br><br>And *you're starting to see a team really starting to deliver now.* Versus being able to -- and having a consistency around hitting our financial performance.<br><br>So we don't have much more on the free cash flow. We're happy with where it is and where it's going to be, and we'll go forward from there. | | |

29