**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **In re DXC Technology Company Securities Litigation** | **No. 1:24-cv-01351-AJT-WEF** |
|  | **CLASS ACTION** |
| **THIS DOCUMENT RELATES TO:** **ALL ACTIONS** | |

**DECLARATION OF STEPHEN P. BARRY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CORRECTED CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Stephen P. Barry, am a partner at the law firm of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C., 20004.  I am admitted to the Bars of the Commonwealth of Virginia and the District of Columbia.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Consolidated Complaint for Violation of the Federal Securities Laws, filed herewith in the above-captioned action.  I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts of DXC Technology Company's ("DXC") Annual Report filed on Form 10-K ("10-K") for fiscal year ("FY") 2021, filed publicly with the U.S. Securities and Exchange Commission ("SEC") on May 28, 2021.

2.     Attached hereto as Exhibit 2 is a true and correct copy of a transcription of DXC's public earnings conference call for the fourth quarter of fiscal year 2021 ("4Q21"), held on May 26, 2021.

3.    Attached hereto as Exhibit 3 is a true and correct copy of a transcription of DXC's public earnings conference call for 1Q22, held on August 4, 2021.

4.    Attached hereto as Exhibit 4 is a true and correct copy of a transcription of DXC's presentation at the Citigroup Technology Conference, held on September 14, 2021.

5.    Attached hereto as Exhibit 5 is a true and correct copy of a transcription of DXC's public earnings conference call for 2Q22, held on November 3, 2021.

6.    Attached hereto as Exhibit 6 is a true and correct copy of a transcription of DXC's public earnings conference call for 3Q22, held on February 2, 2022.

7.    Attached hereto as Exhibit 7 is a true and correct copy of a transcription of DXC's public earnings conference call for 4Q22, held on May 25, 2022.

8.    Attached hereto as Exhibit 8 is a true and correct copy of a transcription of DXC's presentation at the Cowen Technology Conference, held on June 2, 2022.

9.    Attached hereto as Exhibit 9 is a true and correct copy of a transcription of DXC's public earnings conference call for 4Q23, held on May 18, 2023.

10.    Attached hereto as Exhibit 10 is a true and correct copy of a transcription of DXC's public earnings conference call for 1Q24, held on August 2, 2023.

11.    Attached hereto as Exhibit 11 is a true and correct copy of a transcription of DXC's public earnings conference call for 2Q24, held on November 1, 2023.

12.    Attached hereto as Exhibit 12 is a true and correct copy of a Form 8-K filed by DXC publicly with the SEC on December 20, 2023.

13.    Attached hereto as Exhibit 13 is a true and correct copy of a transcription of DXC's public earnings conference call for 4Q24, held on May 16, 2024.

14.    Attached hereto as Exhibit 14 is a true and correct copy of excerpts of DXC's

2

Quarterly Report on Form 10-Q ("10-Q) for 1Q22, filed publicly with the SEC on August 5, 2021.

15. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of DXC's 10-Q for 2Q23, filed publicly with the SEC on November 4, 2022.

16. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of DXC's 10-Q for 2Q24, filed with the SEC on November 2, 2023.

17. Attached hereto as Exhibit 17 is a true and correct copy of excerpts of DXC's 2022 Annual Report (Form 10-K), filed with the SEC on May 26, 2022.

18. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of DXC's 2023 Annual Report (Form 10-K), filed with the SEC on May 19, 2023.

19. Attached hereto as Exhibit 19 is a true and correct copy of a public DXC press release titled, "DXC Technology Reports Fourth Quarter Fiscal Year 2022 Results," issued on May 25, 2022.

20. Attached hereto as Exhibit 20 is a true and copy of a public DXC press release titled, "DXC Technology Reports Fourth Quarter and Full Fiscal Year 2023 Results," issued on May 18, 2023.

21. Attached hereto as Exhibit 21 is a true and correct copy of a public SEC press release titled "SEC Charges IT Services Provider DXC Technology Co. for Misleading Non-GAAP Disclosures," issued on March 14, 2023.

Executed this 10th day of January, 2025.
Washington, D.C.

By: /s/ *Stephen P. Barry*
Stephen P. Barry

3