# EXHIBIT 2

# DXC Technology Company NYSE:DXC FQ4 2021 Earnings Call Transcripts

## Wednesday, May 26, 2021 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2021- | | | -FQ4 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | 0.54 | 0.84 | ▲55.56 | 0.70 | 2.40 | 3.37 |
| **Revenue (mm)** | 4193.84 | 4288.00 | ▲2.25 | 4286.23 | 17629.64 | 16879.20 |

Currency: USD
Consensus as of May-25-2021 5:28 PM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2020** | 0.96 | 1.20 | ▲1 25.00 % |
| **FQ1 2021** | 0.11 | 0.21 | ▲2 90.91 % |
| **FQ2 2021** | 0.37 | 0.64 | ▲3 72.97 % |
| **FQ3 2021** | 0.54 | 0.84 | ▲4 55.56 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**Contents**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .......................................................................................... 4

Question and Answer ............................................................................. 9

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**John Sweeney**

**Kenneth P. Sharp**
*Executive VP & CFO*

**Michael J. Salvino**
*CEO, President & Director*

**ANALYSTS**

**Ashwin Vassant Shirvaikar**
*Citigroup Inc., Research Division*

**Bryan C. Bergin**
*Cowen and Company, LLC,
Research Division*

**Bryan Connell Keane**
*Deutsche Bank AG, Research
Division*

**Darrin David Peller**
*Wolfe Research, LLC*

**Lisa Ann Dejong Ellis**
*MoffettNathanson LLC*

**Rod Bourgeois**
*DeepDive Equity Research*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, and thank you for standing by, and welcome to the DXC Technology FY '21 Q4 Earnings Call. [Operator Instructions] Please be advised that today's conference is being recorded. [Operator Instructions]

I would now like to hand the conference over to your speaker today, John Sweeney, Vice President of Investor Relations. Please go ahead.

**John Sweeney**

Thank you, and good afternoon, everyone.

I'm pleased that you're joining us for DXC Technology's Fourth Quarter Fiscal 2021 Earnings Call. Our speakers on the call today will be Mike Salvino, our President and CEO; and Ken Sharp, our Executive Vice President and CFO. This call is being webcast at dxc.com/investorrelations, and the webcast includes slides that will accompany the discussion today.

Today's presentation includes certain non-GAAP financial measures, which we believe provides useful information to our investors. In accordance with SEC rules, we've provided a reconciliation of these measures to their respective and most directly comparable GAAP measures. These reconciliations can be found in the tables included in today's earnings release and the webcast slides.

Certain comments we make on the call will be forward-looking. These statements are subject to known and uncertain risks and uncertainties which could cause actual results to differ materially from those expressed on the call. A discussion of these risks and uncertainties is included in our annual report on Form 10-K and other SEC filings. I'd now like to remind our listeners that DXC Technology assumes no obligation to update the information presented on this call, except as required by law.

And with that, I'd like to introduce DXC Technology's President and CEO, Mike Salvino. Mike?

**Michael J. Salvino**
*CEO, President & Director*

Thanks, John, and I appreciate everyone joining the call today, and I hope you and your families are doing well.

Today's agenda will start by giving you a quick update on our strong Q4 performance. Next, I will highlight the progress we are making on our transformation journey. Our strong Q4 results were driven by executing on the 3 key areas of our transformation journey, which are focused on our customers, optimize cost and seize the market. I will then hand the call over to Ken to share our detailed Q4 financial results, guidance for FY '22 and longer-term outlook. Finally, I will make some closing remarks before opening the call up for questions.

Regarding our Q4 performance, our revenues were $4.39 billion, approximately $85 million above the top end of our guidance. This is the third straight quarter of revenue stabilization and we expect this trend to continue in FY '22. Concerning adjusted EBIT margin, we delivered 7.5%, also higher than the top end of our guidance. This, too, is the third straight quarter of sequential margin expansion and is driven by our cost optimization program. We expect margins to continue to expand in Q1 of FY '22.

Book-to-bill for the quarter was 1.08, underscoring the success of bringing the new DXC, which focuses on our customers and colleagues to the market. This is the fourth straight quarter that we've delivered a 1.0 or better book-to-bill. We expect our success of winning in the market to continue in Q1 of FY '22.

I am pleased with the momentum we have achieved. All the work in FY '21 to inspire our people, invest in our customers, take costs out without disruption and win in the market has positioned us very well

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for financial success in FY '22 and longer term. Now I will cover the good progress we are making on our transformation journey, starting with our customers.

Our investment in our customers continues to be the primary driver of revenue stabilization. When we deliver for our customers and are seen as a trusted partner, customers are more likely to renew existing work and consider us for new work. Let me give you an example. We recently signed a 5-year expansion with Zurich Insurance Group. We'll provide IT outsourcing and security services as part of their global IT transformation, focused on improving the customer and employee experience. This is a perfect example of delivering for a customer, strengthening the relationship and then a customer wanting to work with DXC in the future. This is strong evidence that our investment in our customers is paying off, which gives us confidence that we can flatten organic revenue during FY '22.

Now let me turn to our cost optimization program. We have achieved our goal of $550 million of cost savings in FY '21. Our cost optimization program was responsible for the strong adjusted EBIT margin of 7.5% in Q4. We have done well optimizing our costs and continuing to deliver for our customers without disruption. You will hear from Ken that we expect to continue to expand margins in FY '22.

Seize the market is the final area of our transformation journey. In this area, we are focused on cross-selling to our existing accounts and winning new work. So the 1.08 book-to-bill that we delivered this quarter is consistent evidence that our plan is working. In Q4, 53% of our bookings were new work and 47% were renewals.

Ahold Delhaize is a great example of an existing customer who has renewed work with DXC and given us new work. We will be providing infrastructure services, application outsourcing, cloud migration and workplace services in a hybrid cloud environment for the retail business services group, to reduce costs and support their business-critical systems that enable each of their local brands to stock their shelves.

Our ability to deliver a consistent book-to-bill of over 1.0 in each of the 4 quarters of FY '21 is clear evidence that we can win in the IT services industry. This is translating into improving quarterly organic revenue growth, which we expect will flatten during FY '22.

Now before I turn the call over to Ken, I would like to thank our colleagues, our customers and our shareholders for their support. As we are witnessing the ongoing impact of COVID-19, our focus continues to be on our people. Currently, we are focused on the more severely impacted areas of India and the Philippines. The dedication of our team is a source of great pride for us at DXC as our people continue to take care of themselves, their families and to deliver for our customers. Now let me turn the call over to Ken.

**Kenneth P. Sharp**
*Executive VP & CFO*

Thank you, Mike. In the past 3 quarters, we have stabilized our revenue on a sequential basis and guided to the fourth quarter of revenue stability. This is a significant accomplishment by my DXC colleagues. It is not lost on Mike and me that investors look at revenue growth on a year-over-year basis. However, when a company has a period of significant decline and change to its business, strategy and leadership, you first have to stabilize revenue sequentially. As we all know, once you achieve 4 quarters of sequential revenue stability, you achieve year-over-year revenue stability. Going forward, we will pivot our narrative accordingly.

Turning on to our financial priorities on Slide 10. We are working to build a stronger financial foundation and drive the company in a disciplined and rigorous fashion to unleash the true earnings power. To that end, remediating our material weakness and the impact it has on our corporate governance is a key focus.

Our second priority is to have a strong balance sheet. We paid down $6.5 billion of debt in the past 9 months and subsequent to year-end, retired an additional $500 million. We are now approaching a far more manageable $5 billion debt level. Further, we have relatively low maturities over the next 3 years. We remain committed to an investment-grade credit profile, and I believe our actions more than demonstrate our commitment.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Third, we will focus on improving cash flow. The company previously provided an adjusted cash flow presentation that added back certain cash costs. We changed this presentation, and in our earnings release, we adopted a traditional free cash flow definition of cash flow from operations less capital expenditures. We expect this will improve our focus on our true earnings power and will allow you to better understand our performance. As part of our focus on the business and cash optimization, we will continue our portfolio-shaping efforts to increase the focus on our core business.

Fourth, we will reduce restructuring and TSI expense to approximately $550 million in FY '22 to under $100 million in FY '24, ultimately improving cash flow. Fifth, have a thoughtful and disciplined approach to capital allocation. As we generate free cash flow, we will appropriately deploy capital to invest in our business and return capital to our shareholders, all the while staying focused on maintaining our investment-grade credit rating.

For the quarter, DXC exceeded the top end of our revenue, adjusted EBIT margin and non-GAAP diluted earnings per share guidance. GAAP revenue was $4.39 billion, $85 million higher than the top end of our guidance. On an organic basis, revenue increased 0.4% sequentially. Organic revenue declined 7% year-over-year due to the previously disclosed runoffs and terminations. As we mentioned on our third quarter earnings call, our Q3 10.5% year-over-year decline would be the high watermark.

GAAP EBIT margins were negative 16.8% in the fourth quarter, impacted by approximately $1.1 billion of costs, including pension mark-to-market, asset impairments, restructuring TSI, loss on disposals and debt extinguishment costs. Excluding these items, adjusted EBIT margin was 7.5% in the fourth quarter, an improvement of 50 basis points from the third quarter.

Non-GAAP diluted earnings per share was $0.74 and was negatively impacted by $0.04 due to a higher-than-expected tax rate of 32%. In Q4, bookings were $4.7 billion for a book-to-bill of 1.08, the fourth straight quarter of a book-to-bill greater than 1. For the full year, this takes our book-to-bill to 1.12 compared to 0.9 in FY '20.

Turning now to our segment results. The GBS segment, the top half of our technology stack, includes analytics and engineering, applications in the horizontal BPS business. GBS was $2 billion or 46% of our total Q4 revenue. Organic revenues increased 2% sequentially, primarily reflecting the strength of our applications and analytics and engineering business.

Year-over-year, GBS revenue was down 4% on an organic basis. GBS segment profit was $315 million with a 15.8% profit rate, up 160 basis points from Q3. GBS bookings for the quarter were $2.39 billion for a book-to-bill of 1.2 and a full year book-to-bill of 1.32 compared to 0.99 in the prior year.

Now turning to our GIS segment, which consists of IT outsourcing, cloud and security and the modern workplace. Revenue was $2.39 billion, down 0.9% sequentially and down 9.3% year-over-year on an organic basis due to the previously disclosed terminations and runoffs. Our ITO business had positive sequential revenue growth in the quarter. The ITO business benefited from approximately $100 million of resale revenue, resulting from a typical Q4 increase of customer demand due to their fiscal year-end. GIS segment profit was $98 million with a profit margin of 4.1%, a 40 basis point margin improvement over the third quarter. GIS bookings were $2.3 billion for a book-to-bill of 0.98. Book-to-bill for FY '21 was 0.94 compared to 0.83 in the prior year.

Now turning to one of my favorite slides, our enterprise technology stack. This slide demonstrates how winning in the market for 4 consecutive quarters translates into revenue stability and the progression that our team has been able to achieve by focusing on our customers.

Before I get into the details, I want to provide you the 3 changes to the stack you can expect for next year. First, as we think about next year, you will see our sequential quarter comparison give way to a year-over-year comparison. Second, we delivered on the sale of the healthcare provider software business. Therefore, this will no longer be included. Third, the modern workplace and horizontal BPS businesses will be integrated into the enterprise technology stack above. Once again, we had 3 layers of the stack achieve a book-to-bill greater than 1 and sequential growth.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now let me drill down 1 level. IT Outsourcing revenue was $1.19 billion in the quarter, up 1.4%, the first positive sequential growth since we began tracking in this manner. ITO book-to-bill was 0.98 in the quarter. Cloud and security revenue was $524 million, declined 1.6% sequentially and was down 5.7% year-over-year. The cloud and security business had a difficult compare as the third quarter grew 4.7% sequentially. Book-to-bill was 1.08 in the quarter. Moving up the stack, the applications layer posted a 1.9% sequential growth and was down 7.2% year-over-year. Book-to-bill was 1.06.

Analytics and engineering revenues were $478 million, up 2% on a sequential basis and up 8.4% compared to prior year. Analytics and engineering book-to-bill was 1.46 in the quarter. The modern workplace and BPS revenues were $795 million, down 3.3% sequentially and down 10.5% compared to the prior year. As we previously mentioned to you, these 2 businesses just began their transformation journey so you should expect some unevenness in performance.

Moving on to cash flows on Slide 15. Fourth quarter cash flow from operations totaled an outflow of $280 million. Free cash flow for the year was negative $652 million, impacted primarily by 4 nonrecurring items: Q4 tax payments of $531 million related to the business sale. As you may recall, we planned $900 million of tax payments so this result surpassed our expectation. As we told you before, in Q3, $832 million related to readying the U.S. state and local Health and Human Services business for sale and normalizing payables; and $200 million related to deferrals of certain tax payments due to COVID relief legislation that will be paid during FY '22.

One of our key initiatives we are employing to drive cash flow and improve earnings power is to wind down restructuring and TSI costs. Since DXC was formed 4 years ago, we had significant cash outflows with approximately $900 million in expense per year on average. In FY '22, this will be reduced to approximately $550 million, with a larger portion being allocated to facilities restructuring efforts to improve the work experience for our people as we reshape our portfolio for our virtual model.

We have heard from many of our analysts and investors that our cash flow is hard to understand. As we previously discussed above, we changed our free cash flow presentation. We believe this will allow investors to better understand our performance. Second, we acknowledge our cash flow conversion does not correlate well to earnings. As part of our effort to build a sustainable business, we will continue to evaluate these historical practices of using capital leases to a much greater level, long-term purchase commitments and selling our receivables. Unwinding these historical practices may have an impact on short-term cash flow. We will also focus our efforts to build the necessary rigor associated with capital budgeting to better control our outsized capital spend.

On Slide 17, we detail our efforts we have undertaken to strengthen our balance sheet. As you can see, we have achieved a lot in this area, reducing our net debt leverage ratio by more than 1 turn from the high watermark of 2.4 to 1 at the end of March. Another goal we gave you was to improve financial visibility, and we are committed to providing annual and longer-term 3-year guidance.

Starting with our first quarter guidance on Slide 18. Organic revenues declines are expected to moderate, down 2% to down 4% in the first quarter year-over-year. This translates into reported revenues between $4.08 billion and $4.13 billion. Our sequential revenue is lower for 2 reasons: first, previously mentioned lumpiness of resale revenue that occurs in Q4; second, our portfolio-shaping efforts reduced revenue by about $100 million. EBIT margin 7.4% to 7.8% includes 20 basis points of margin headwinds due to the sale of our healthcare provider software business. Non-GAAP diluted earnings per share in the range of $0.72 to $0.76.

Moving on to our FY '22 guidance on Slide 19. Organic revenue growth of minus 1% to minus 2%. On a year-over-year basis, divestitures will account for $1.2 billion of the revenue decline. Our previously disclosed terminations and runoffs wind down in the first half of FY '22. We expect to see further improvement in the quarterly year-over-year organic revenue growth rates as we move through the year. This translates into revenue of $16.6 billion to $16.8 billion. EBIT margin, 8.2% to 8.7%. Non-GAAP diluted earnings per share of $3.45 to $3.65, an increase of 42% to 50% year-over-year. Free cash flow of $500 million.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now moving on to our longer-term expectations on Slide 20. Organic revenue growth of 1% to 3%; adjusted EBIT margin of approximately 10% to 11%; non-GAAP diluted earnings per share of $5 to $5.25; free cash flow of approximately $1.5 billion. I should note our guidance does not anticipate additional portfolio shaping. With that, I will now turn the call back to Mike for his closing remarks.

**Michael J. Salvino**
*CEO, President & Director*

Thanks, Ken. Let me share 3 key takeaways on the progress we are making at DXC. First, as I reflect on FY '21, we delivered on our commitments and here's how. With regard to our people, we moved from a workforce that was not engaged to one that is now engaged and inspired.

Concerning our customers, we went from challenged accounts to building a level of customer intimacy where we are delivering, building strong partnerships and being proactive with our customers. Customers are clearly seeing the new DXC. We changed the direction of our revenues and margin from declining to improving. In the market, we went from losing to winning, and we repaid over $6 billion in debt, taking our balance sheet from highly leveraged to strengthened.

The next key takeaway is that FY '22 will be the year we build the foundation for growth. What that means is we will retain and continue to attract talent, we will build off our customer intimacy to deliver revenue stability and continue to win in the market all while we expand margins and deliver increased free cash flow. Finally, we expect to deliver positive organic revenue growth longer term.
In closing, we are confident that the momentum we created in FY '21 will continue in FY '22. We hope that you will join us on June 17 for our Analyst Day as we're excited to showcase the strength and depth of our new leadership team and discuss our business in more detail. With that, operator, please open the call up for questions.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]

We have our first question coming from the line of Ashwin Shirvaikar with Citi.

**Ashwin Vassant Shirvaikar**
*Citigroup Inc., Research Division*

It's good to see the track record building up here steadily. The -- as I look at the continued sequential progress in the top of the stack and in areas like analytics, apps, cloud, is the traction in these areas beginning to also help your customer discussions as it relates to more traditional areas like ITO? And the purpose of what I'm trying to figure out is, how much of this will continue to be a revenue mix shift story so that the new contracts in aggregate can start being in positive territory as opposed to having to dig out of a hole on every renewal.

**Michael J. Salvino**
*CEO, President & Director*

No. Ashwin, the place where I would start is ITO, and our strategy is everybody's known that we've been very solid in that area, and what you can see is we've now turned that to positive growth. And our strategy is to understand our customers' IT estates. And by doing that, that clearly opens up the conversation to go up the stack. That along with what I said at the end around we got to deliver, we continue to improve those partnerships. And then now we're being proactive.

Hence, the reason why we're starting to bring ideas around the blue, the analytics and also how to do application rationalization and so forth. So what you're seeing, Ashwin, is a flow up the stack but it starts with the green to make sure that we're delivering on the ITO base, which is that the IT estates that I talk about.

**Ashwin Vassant Shirvaikar**
*Citigroup Inc., Research Division*

Got it, understood. And then just a quick question on the longer-term expectations, and I imagine that you'll get into this at your Analyst Day in more detail. But why, broadly speaking, is low single-digit organic revenue growth and low double-digit EBIT margin the right target versus a higher or lower level?

**Michael J. Salvino**
*CEO, President & Director*

Well, look, Ashwin, where we are is you see the trajectory that we're going. So when I reflect, let's just take FY '21 to FY '22. We just delivered a year where we were minus 9.6% organic revenue. And now I'm guiding towards 1 -- minus 1% to minus 2%. And basically, we're showing that, that new revenue is coming on board and we're closing the gap of that lost revenue we had in FY '21.

We also just delivered 6.2% adjusted EBIT margin for FY '21, and I'm guiding now towards 8.2% to 8.7%. So then I sit there and I look at it and go, all right, EPS, same drill, $2.43. I'm guiding to $3.45 to $3.65. And then if that's not enough, then I sit there and go, all right, now we're delivering on the restructuring and TSI commitment we said, which we are going to go after reducing that $900 million to $550 million and also paying down debt.

And then the other focus area for us, as you can tell, Ken's driving a higher level of clarity in these numbers have you seen. So I look at that progress going through '22 and then hitting '24 and saying, I think that's the right trajectory.

**Kenneth P. Sharp**
*Executive VP & CFO*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes, and Ashwin, I just would add, you can imagine, when you set a long-term plan with a new leadership team that's been in the business working real hard to kind of dig through it, there was a lot of pluses and minuses we looked at. This was our buildup and we -- this is the numbers we felt were a relatively high probability plan that we could get to.

**Operator**

We have our next question coming from the line of Bryan Keane with Deutsche Bank.

**Bryan Connell Keane**
*Deutsche Bank AG, Research Division*

Congrats on the progress. I want to ask about employee morale. Mike, maybe you can give us an update on how that's doing. And also supply side in India, retention in India. And then I heard you guys are going to be hiring more in India, so just maybe an update on India as well.

**Michael J. Salvino**
*CEO, President & Director*

Bryan, thanks so much. On employee morale, it's strong. I look back and reflect on where we started. Most of you all can take a look at Glassdoor, I think we started around 37%. We're well above 70% right now and we're positioned to continue to take care of our folks. We're running a workforce right now that is a nice balance between work from home and also coming into work, so I think giving folks that option is increasing morale. But look, they like the changes that we're making.

Now when I look at India, India is -- that's where roughly India and the Philippines is about 1/3 of our population. What's going on? I think we've done a fantastic job actually being very proactive with how to deal with that situation as we immediately went and doubled our benefits, we secured beds and supplies for our folks over there. We gave additional financial support for our families. And then now we're working on getting vaccines for our colleagues.

So when you do all that, it's a rough spot but the bottom line is the morale seems to be pretty high over there, and our attrition looks good. So what was the rest of your question, Bryan?

**Bryan Connell Keane**
*Deutsche Bank AG, Research Division*

I also understand you're hiring more in India, too, I think, to change the mix.

**Michael J. Salvino**
*CEO, President & Director*

Yes. So now, the reason for that is I've said over and over again, I want to motivate an employee base, and it's very hard to do that when you've got the percentage of contractors that was here at DXC when I started. So we're driving that down. And it's a combination of that strategy to remove contractors and flip them to employees and also put the work in the area where we want to scale. That's our consistent strategy that you'll see us implementing. And then some of that is also the new work coming on board.

**Bryan Connell Keane**
*Deutsche Bank AG, Research Division*

Got it. Got it. And then just as a follow up, Mike, how would you characterize these long-term targets? I know when you first got to DXC, you set some targets right off the bat, probably wasn't even your guidance, per se. But just your level of confidence to achieve these targets versus the original ones you set. I think it was right when you started.

**Michael J. Salvino**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Strong confidence. Strong confidence around '22, strong confidence around '24. As you can imagine, we've been studying this business for 20 months. I've had a lot of new people look at it with the new management team that I've brought. So the confidence is high.

**Bryan Connell Keane**
*Deutsche Bank AG, Research Division*

Great. Congrats on the transformation.

**Operator**

We have our next question coming from the line of Darrin Peller with Wolfe Research.

**Darrin David Peller**
*Wolfe Research, LLC*

In the context of the pretty strong now book-to-bill ratios we're seeing for the last several quarters, especially coming from probably the more sophisticated engineering demand areas, and just sort of following up on the -- on Bryan's questions around supply side, I just want to revisit your view on your ability to meet the demand in terms of fulfilling on that -- those bookings.

Any -- if you can give us any color on utilization rates you have or attrition levels you're seeing now versus last couple of quarters, specifically in numbers around it. And really just thinking about where those numbers should head as part of the guidance in the next couple of years. I think it would be helpful.

**Michael J. Salvino**
*CEO, President & Director*

Okay. So Darrin, what I would say is this, with morale, and that's why I focused on the people, so when I talk about the new DXC and I talk about focusing on our customers and our colleagues, the key thing around the colleagues is that the colleagues stay, and we also make this place a lot more simpler to work. Hence, the reason why we continue to look at some of the cost savings and the cost savings initiatives.

As it relates to employees, though, I always go back to employee morale. That's employee engagement. You all can see a lot of the numbers, like I said, on Glassdoor and Comparably. What I can tell you is our employee engagement has significantly increased over the last 12 months. It's not only increased by what our folks are saying about what's going on but also how many people actually take the survey, which is huge because if you can't even get people to engage in taking the survey, then it's a little hard for us to understand what we need to do to inspire them. So that's the way I would say that.

On top of that, the other nugget I will give you is we've gone from having to proactively reach out to go get talent to now our folks are getting proactive calls to want to join the journey. And there's nothing more inspiring for a management team when you have good talent reaching out to say, "Hey, I want to be a part of this."

**Darrin David Peller**
*Wolfe Research, LLC*

That's all good direct color directionally. I guess when we think about -- just as a quick follow-up on a bigger picture question, Mike, the portfolio of businesses that you have now. There's been some puts and takes over the past year, but you seem like you're obviously in a very good position now, especially on a sequential basis with data points on that and book-to-bill showing it.

So just high level, any thoughts on your overall business, the portfolio, where you want to be in terms of what business is part of it are still there. Maybe there's some that you still think about moving around a little bit, I'd be curious to hear.

**Michael J. Salvino**
*CEO, President & Director*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So Darrin, the -- what I would tell you is I like the hand we have and I think I've said that over and over again. We will continue, as Ken mentioned, we're always going to study the portfolio. And if we think we've got an opportunity to either add to or subtract from it to create shareholder value, we definitely will look at it. One of the things that we have is we've got a couple of things that we've never talked about before. I look at the analytics and engineering piece, and over half of that business is something that the market doesn't talk much about and that's called data cleansing.

A lot of people want to talk about AI and machine learning and data analytics and so forth. But where those projects, Darrin, get curtailed is you can't scale a lot of that stuff because the data is not clean. And what we can do with the data cleansing efforts that we have is pretty impressive and we do it for some of the biggest names in the industry. So again, like the hand that we have and I think we're making good progress.

**Operator**

We have our next question coming from the line of Lisa Ellis with MoffettNathanson.

**Lisa Ann Dejong Ellis**
*MoffettNathanson LLC*

Good stuff this quarter. I had a follow-on question on bookings and the relation -- how we should think about the relationship between book-to-bill and revenue growth, just noting that trailing 12-month book-to-bill now is 1.12x, as you called out, but then you're still guiding for the upcoming fiscal year to, obviously, a major improvement but still year-on-year declines in revenue.

So how do we think about that relationship? I guess, that means that there's like a backlog in there that kind of needs to be refilled? What's sort of the lag time? Or can you give some color on sort of the relationship between book-to-bill and revenue growth?

**Michael J. Salvino**
*CEO, President & Director*

Okay. Lisa, thanks. So first of all, think about our guide. Our guide in Q1 is minus 2% to minus 4% but yes, we're guiding for the full year of minus 1% to minus 2%. So that says revenue's coming on board. Second thing is when I think about book-to-bill, it's split into 2 ways, and that's why I specifically call out 53% is new work. That's work we've never seen before, and 47% is renewals.

My focus with our leadership team is to show the market that this revenue is not going away from us anymore, and that we are closing that gap that I called out in FY '21 in terms of the lost revenue. And I think we're doing a very, very good job doing that, as you can see that the trajectory is pretty significant, calling out minus 9.6% to minus 1% to minus 2%.

**Lisa Ann Dejong Ellis**
*MoffettNathanson LLC*

Okay, good. And then just a follow-on question related to talent and the overall organizational transformation. I know as part of your transformation journey, you've highlighted a number of different aspects of the transformation like delayering and simplification and increasing lines of accountability, et cetera. Can you just kind of update us more holistically on where you are on your overall organizational transformation?

**Michael J. Salvino**
*CEO, President & Director*

So the overall organizational transformation, first of all, the leadership team has built out, and you will see a number of them on June 17, so I'm looking forward to showcase and the talent that we've brought in across the board, people that are running P&Ls, people that are running delivery, people that are running, for instance, our HR along with our CIO because those folks help generate the positive morale that's going on along with driving the business.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So back to your specific question, when I think about what we're doing with our talent, now what we're doing is filling in the next layer underneath the direct reports of my management team. And that's where I mentioned to Darrin to say what's pretty neat is to see that people want to join us now.

One of the things, I think, early on that I discussed on this call was, "Hey, Mike, can you really attract talent to DXC?" And we've done that. And now the momentum in the market that we're showing, people want to join something that's got positive momentum. So I look forward to seeing the new talent that's going to come our way in fiscal year '22.

**Operator**

We have our next question coming from the line of Bryan Bergin with Cowen.

**Bryan C. Bergin**
*Cowen and Company, LLC, Research Division*

Wanted to ask here a question on margin first. So you completed the $550 million program for '21. Can you provide more color on your goal here for fiscal '22 and just talk about the largest opportunities you still have around cost?

**Michael J. Salvino**
*CEO, President & Director*

So what you will see is, look, our cost levers that we had last year will continue this year. So cost levers, the first 1 is the contractor conversions. Second is we will continue to look at our facilities that also helps with our environmental footprint. Third is we will continue to look at the, what I call, the simplicity of running our organization, how inefficient is it that both -- that has impacted in the corporate level along with our operations.

And then the fourth one, Bryan, is around what the node refers to as AI operations. So that's the automation of what we do in our facilities. So we totally delivered on the $550 million and what I'll do is call out, again, we just delivered 6.2%. So when we guide to 8.2% to 8.7%, that says we should be doing just as much next year. And if you net it out with the investment we're making on our customers and our colleagues, that's how you get to those numbers.

**Bryan C. Bergin**
*Cowen and Company, LLC, Research Division*

Okay, makes sense. And then on the portfolio-shaping comments, can you just dig in a little bit more there on the types of work? You might still be backing away from it. Did you quantify what was built into that '22 guide? I wrote down $100 million here but not true if that was for the full year. And are there still -- is there an anticipation that, that could still evolve to a potentially higher level?

**Kenneth P. Sharp**
*Executive VP & CFO*

Yes. So Bryan, I'll try to give you some color here. The $100 million was for the stuff that's principally the healthcare provider software business that exited April 1. And I would say we continue to look at our portfolio, specifically maybe the more smaller noncore assets that aren't integrated into the technology stack and aren't driving synergies in the business.

Also on a year-over-year basis, right, we called out $1.2 billion as well. So hopefully, that gives you some color. We'll -- and as Mike said, we're continuing looking at the portfolio holistically. I think that's just kind of what you do in the business. I wouldn't use it as anything more than that. Certainly, if there's a piece of our business that we do want to move out and we do something with, we'll certainly update our guidance with you.

**Operator**

We have our next question coming from the line of Rod Bourgeois with DeepDive Equity.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Rod Bourgeois**
*DeepDive Equity Research*

Okay, great. So Mike, you just finished your first full fiscal year as CEO, and you sure dealt with a lot of stuff during that year, everything from the COVID crisis to debt concerns, even had the unsolicited takeover bid. So you've also had time to get to know your major clients through all those challenges.

So what I want to ask, I mean, as you draw on that fiscal '21 experience, what are your main takeaways about DXC's fundamental drivers that are now influencing your go-forward financial output -- outlook? So essentially, what did you learn from fiscal '21? I'd also say that your 2024 guidance suggests that you're seeing more turnaround to come. So it would be great to get your overall take on the drivers there.

**Michael J. Salvino**
*CEO, President & Director*

Thanks, Rod. The -- I would say there's 5 drivers. So the first 1 we've talked quite a bit about, which is people. And when I look at what we've done over the last year going from non-Engage to Engage, that special, but the key thing moving forward is now the game is about retaining and continuing to attract, which I called out as our focus for '22 that will help us fuel us into the future.

The second one is customers. We've talked a lot about that. We began the year talking about challenged accounts, and here we are, we're finishing the year talking about customer intimacy. And on June 17, you all won't have to listen to me anymore. We're stacking up clients' videos to talk about the transformations that we're doing for them, meaning moving up the stack. So when I talk about we've delivered for clients, when I've talked about we're building strong relationships, that's pretty remarkable in terms of what we've turned around over the last 12 months.

I'd be remiss if I didn't talk about revenue and margin. The trajectory there is going in the right direction. The fourth one is winning in the marketplace, going from losing to winning. And then cleaning up that balance sheet, Rod, was huge. And even with Ken coming aboard and just the stuff we did within the last quarter, just continues to position us for stronger strength moving forward. So those are the 5 things I would call out in terms of how we're looking and that are going to guide us in '22 in future, the people, the customers, the revenue margin, the marketplace and let's just call it the balance sheet and our investment-grade profile.

**Rod Bourgeois**
*DeepDive Equity Research*

Got it. And then I just want to dig a little deeper on the ITO business. You've shown some revenue stability there over the last couple of quarters. So what I want to ask, does that ITO revenue stability look sustainable? It would be great if you could give some more color on the ITO revenue drivers and trajectory.

**Kenneth P. Sharp**
*Executive VP & CFO*

Rod, I was hoping somebody was going to ask me that question because we've had to talk about this secular issue forever, and I've had to be able to tell people that, hey, all that work doesn't naturally just go away. And what you've seen now on Page 14 of our enterprise technology stack, you've seen a business go from negative 5.2%, that when you focus with your customers, you get into it, you focus on their estates, you can start turning it around.

Now having said that, I'm not going to get too wound up about any layer of the stack. What I care about is the overall trajectory of the business, which is where it's going in the right direction. But I think our focus, Rod, on the ITO, making sure we fill a void that's sitting there in the market, that's serving us incredibly well. So that's the way I would answer -- that's the way I'd answer that question. Rod, anything else?

**Rod Bourgeois**
*DeepDive Equity Research*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. Well, I mean, I guess, the related question on ITO. As that revenue stability plays out, do you see additional margin levers in the ITO business specifically as well?

**Kenneth P. Sharp**
*Executive VP & CFO*

Yes. I mean, look, we -- on -- let's just talk about GIS as a whole. Remember, we had to show up in Q1 with pretty much no margin and we're at 4.1%. And when I talk about contractor conversions, when I talk about putting people in terms of efficiency and automation and so forth, look, that's only going to help those margins. Fair enough?

**Rod Bourgeois**
*DeepDive Equity Research*

Got it.

**Michael J. Salvino**
*CEO, President & Director*

So look, I want to thank everybody for joining the call. I would tell you that we are very pleased with the momentum we achieved in FY '21. We're also confident that, that's going to continue in FY '22. Again, I hope you can join us on June 17 to meet the new team and also the Analyst Day festivities. And with that, all the best to you and your families. And operator, please close the call.

**Operator**
This concludes today's conference call. Thank you for participating. You may now disconnect.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.