# EXHIBIT 14

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 10-Q**

**(Mark One)**    ☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2021**
OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File No.: 001-38033

# DXC TECHNOLOGY COMPANY

(Exact name of registrant as specified in its charter)

| **Nevada** | **61-1800317** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1775 Tysons Boulevard**
**Tysons, Virginia 22102**
(Address of principal executive offices and zip code)

Registrant's telephone number, including area code: **(703) 245-9675**
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, $0.01 par value per share** | **DXC** | **The New York Stock Exchange** |
| **2.750% Senior Notes Due 2025** | **DXC 25** | **The New York Stock Exchange** |
| **1.750% Senior Notes Due 2026** | **DXC 26** | **The New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large Accelerated Filer | ☒ | Accelerated Filer | ☐ |
|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
☐ Yes ☒ No

251,904,242 shares of common stock, par value $0.01 per share, were outstanding on August 2, 2021.

# TABLE OF CONTENTS

| Item | | Page |
|------|---|------|
| | **PART I - FINANCIAL INFORMATION** | |
| 1. | Financial Statements (unaudited) | 1 |
| 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 46 |
| 3. | Quantitative and Qualitative Disclosures About Market Risk | 60 |
| 4. | Controls and Procedures | 61 |
| | **PART II - OTHER INFORMATION** | |
| 1. | Legal Proceedings | 63 |
| 1A. | Risk Factors | 63 |
| 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 64 |
| 3. | Defaults Upon Senior Securities | 64 |
| 4. | Mine Safety Disclosures | 64 |
| 5. | Other Information | 64 |
| 6. | Exhibits | 65 |

**PART I**

**ITEM 1. FINANCIAL STATEMENTS**

**Index to Condensed Consolidated Financial Statements**

| | Page |
|---|---|
| Condensed Consolidated Statements of Operations for the Three Months Ended June 30, 2021 and June 30, 2020 (unaudited) | 2 |
| Condensed Consolidated Statements of Comprehensive Income (Loss) for the Three Months Ended June 30, 2021 and June 30, 2020 (unaudited) | 3 |
| Condensed Consolidated Balance Sheets as of June 30, 2021 and March 31, 2021 (unaudited) | 4 |
| Condensed Consolidated Statements of Cash Flows for the Three Months Ended June 30, 2021 and June 30, 2020 (unaudited) | 5 |
| Condensed Consolidated Statements of Changes in Equity for the Three Months Ended June 30, 2021 and June 30, 2020 (unaudited) | 8 |
| Notes to Condensed Consolidated Financial Statements (unaudited) | |
| Note 1-Summary of Significant Accounting Policies | 9 |
| Note 2-Recent Accounting Pronouncements | 11 |
| Note 3-Acquisitions | 11 |
| Note 4-Divestitures | 12 |
| Note 5-Earnings (Loss) Per Share | 15 |
| Note 6-Receivables | 16 |
| Note 7-Leases | 18 |
| Note 8-Fair Value | 20 |
| Note 9-Derivative and Hedging Activities | 22 |
| Note 10-Intangible Assets | 25 |
| Note 11-Goodwill | 26 |
| Note 12-Debt | 27 |
| Note 13-Revenue | 28 |
| Note 14-Restructuring Costs | 29 |
| Note 15-Pension and Other Benefit Plans | 31 |
| Note 16-Income Taxes | 32 |
| Note 17-Stockholders' Equity | 33 |
| Note 18-Stock Incentive Plans | 34 |
| Note 19-Cash Flows | 36 |
| Note 20-Segment Information | 37 |
| Note 21-Commitments and Contingencies | 39 |

**DXC TECHNOLOGY COMPANY**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (unaudited)**

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

*All statements and assumptions contained in this Quarterly Report on Form 10-Q and in the documents incorporated by reference that do not directly and exclusively relate to historical facts constitute "forward-looking statements." Forward-looking statements often include words such as "anticipates," "believes," "estimates," "expects," "forecast," "goal," "intends," "objective," "plans," "projects," "strategy," "target," and "will" and words and terms of similar substance in discussions of future operating or financial performance. These statements represent current expectations and beliefs, and no assurance can be given that the results described in such statements will be achieved.*

*Forward-looking statements include, among other things, statements with respect to our future financial condition, results of operations, cash flows, business strategies, operating efficiencies or synergies, divestitures, competitive position, growth opportunities, share repurchases, dividend payments, plans and objectives of management and other matters. Such statements are subject to numerous assumptions, risks, uncertainties and other factors that could cause actual results to differ materially from those described in such statements, many of which are outside of our control. Furthermore, many of these risks and uncertainties are currently amplified by and may continue to be amplified by or may, in the future, be amplified by, the coronavirus disease 2019 ("COVID-19") crisis and the impact of varying private and governmental responses that affect our customers, employees, vendors and the economies and communities where they operate.*

*Important factors that could cause actual results to differ materially from those described in forward-looking statements include, but are not limited to:*

*•the uncertainty of the magnitude, duration, geographic reach of the COVID-19 crisis, its impact on the global economy and the impact of current and potential travel restrictions, stay-at-home orders, and economic restrictions implemented to address the crisis;*
*•the effects of macroeconomic and geopolitical trends and events;*
*•our inability to succeed in our strategic objectives;*
*•our inability to succeed in our strategic transactions;*
*•the risk of liability or damage to our reputation resulting from security incidents, including breaches, cyber-attacks insider threats, disclosure of sensitive data or failure to comply with data protection laws and regulations in a rapidly evolving regulatory environment; in each case, whether deliberate or accidental;*
*•our inability to develop and expand our service offerings to address emerging business demands and technological trends, including our inability to sell differentiated services up the Enterprise Technology Stack;*
*•the risks associated with our international operations;*
*•our credit rating and ability to manage working capital, refinance and raise additional capital for future needs;*
*•the competitive pressures faced by our business;*
*•our inability to accurately estimate the cost of services, and the completion timeline of contracts;*
*•execution risks by us and our suppliers, customers, and partners;*
*•our inability to retain and hire key personnel and maintain relationships with key partners;*
*•our inability to comply with governmental regulations or the adoption of new laws or regulations;*
*•our inability to achieve the expected benefits of our restructuring plans;*
*•inadvertent infringement of third-party intellectual property rights or our inability to protect our own intellectual property assets;*
*•our inability to remediate any material weakness and maintain effective internal control over financial reporting;*
*•potential losses due to asset impairment charges;*
*•our inability to pay dividends or repurchase shares of our common stock;*
*•pending investigations, claims and disputes and any adverse impact on our profitability and liquidity;*
*•disruptions in the credit markets, including disruptions that reduce our customers' access to credit and increase the costs to our customers of obtaining credit;*
*•our failure to bid on projects effectively;*
*•financial difficulties of our customers and our inability to collect receivables;*

43

•*our inability to maintain and grow our customer relationships over time and to comply with customer contracts or government contracting regulations or requirements;*
•*changes in tax laws and any adverse impact on our effective tax rate;*
•*risks following the merger of Computer Sciences Corporation ("CSC") and Enterprise Services business of Hewlett Packard Enterprise Company's ("HPES") businesses, including anticipated tax treatment, unforeseen liabilities, and future capital expenditures;*
•*risks following the spin-off of our former U.S. Public Sector business and its related mergers with Vencore Holding Corp. and KeyPoint Government Solutions to form Perspecta Inc (the "USPS"); and*
•*the other factors described in Part I Item 1A "Risk Factors" of our Annual Report on Form 10-K for the fiscal year ended March 31, 2021 and subsequent SEC filings, including Part II Item 1A "Risk Factors" of this Quarterly Report on Form 10-Q.*

*No assurance can be given that any goal or plan set forth in any forward-looking statement can or will be achieved, and readers are cautioned not to place undue reliance on such statements which speak only as of the date they are made. Any forward-looking statement made by us in this Quarterly Report on Form 10-Q speaks only as of the date on which this Quarterly Report on Form 10-Q was first filed. We do not undertake any obligation to update or release any revisions to any forward-looking statement or to report any events or circumstances after the date of this report or to reflect the occurrence of unanticipated events, except as required by law.*

44