# EXHIBIT 15

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**
**FORM 10-Q**

**(Mark One)**    ☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2022**
OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File No.: 001-38033



# DXC TECHNOLOGY COMPANY

(Exact name of registrant as specified in its charter)

| **Nevada** | **61-1800317** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**20408 Bashan Drive, Suite 231**
**Ashburn, Virginia 20147**
(Address of principal executive offices and zip code)

Registrant's telephone number, including area code: **(703) 972-7000**
Securities registered pursuant to Section 12(b) of the Act:

| <u>Title of each class</u> | <u>Trading Symbol(s)</u> | Name of each exchange on which<br><u>registered</u> |
|---|---|---|
| **Common Stock, $0.01 par value per share** | **DXC** | **The New York Stock Exchange** |
| **1.750% Senior Notes Due 2026** | **DXC 26** | **The New York Stock Exchange** |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ Yes ☐ No

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ Yes ☐ No

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer    ☒            Accelerated Filer    ☐

Non-accelerated Filer    ☐            Smaller reporting company    ☐
                                     Emerging growth company    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). ☐ Yes ☒ No

230,065,223 shares of common stock, par value $0.01 per share, were outstanding on October 24, 2022.

# TABLE OF CONTENTS

| Item | | Page |
|---|---|---|
| | **PART I - FINANCIAL INFORMATION** | |
| 1. | Financial Statements (unaudited) | 1 |
| 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| 3. | Quantitative and Qualitative Disclosures About Market Risk | 53 |
| 4. | Controls and Procedures | 53 |
| | **PART II - OTHER INFORMATION** | |
| 1. | Legal Proceedings | 54 |
| 1A. | Risk Factors | 54 |
| 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 54 |
| 3. | Defaults Upon Senior Securities | 54 |
| 4. | Mine Safety Disclosures | 55 |
| 5. | Other Information | 55 |
| 6. | Exhibits | 56 |

**PART I**

**ITEM 1. FINANCIAL STATEMENTS**

**Index to Condensed Consolidated Financial Statements**

|  | Page |
|---|---|
| Condensed Consolidated Statements of Operations for the Three and Six Months Ended September 30, 2022 and September 30, 2021 (unaudited) | 2 |
| Condensed Consolidated Statements of Comprehensive Loss for the Three and Six Months Ended September 30, 2022 and September 30, 2021 (unaudited) | 3 |
| Condensed Consolidated Balance Sheets as of September 30, 2022 and March 31, 2022 (unaudited) | 4 |
| Condensed Consolidated Statements of Cash Flows for the Six Months Ended September 30, 2022 and September 30, 2021 (unaudited) | 5 |
| Condensed Consolidated Statements of Changes in Equity for the Three and Six Months Ended September 30, 2022 and September 30, 2021 (unaudited) | 6 |
| Notes to Condensed Consolidated Financial Statements (unaudited) |  |
| Note 1-Summary of Significant Accounting Policies | 8 |
| Note 2-Divestitures | 10 |
| Note 3-Earnings (Loss) Per Share | 11 |
| Note 4-Receivables | 12 |
| Note 5-Leases | 12 |
| Note 6-Fair Value | 15 |
| Note 7-Derivative Instruments | 16 |
| Note 8-Intangible Assets | 18 |
| Note 9-Goodwill | 19 |
| Note 10-Debt | 20 |
| Note 11-Revenue | 21 |
| Note 12-Restructuring Costs | 22 |
| Note 13-Pension and Other Benefit Plans | 23 |
| Note 14-Income Taxes | 23 |
| Note 15-Stockholders' Equity | 25 |
| Note 16-Stock Incentive Plans | 26 |
| Note 17-Cash Flows | 27 |
| Note 18-Segment Information | 28 |
| Note 19-Commitments and Contingencies | 31 |

**CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS**

*All statements and assumptions contained in this Quarterly Report on Form 10-Q and in the documents incorporated by reference that do not directly and exclusively relate to historical facts constitute "forward-looking statements." Forward-looking statements often include words such as "anticipates," "believes," "estimates," "expects," "forecast," "goal," "intends," "objective," "plans," "projects," "strategy," "target," and "will" and words and terms of similar substance in discussions of future operating or financial performance. These statements represent current expectations and beliefs, and no assurance can be given that the results described in such statements will be achieved.*

*Forward-looking statements include, among other things, statements with respect to our future financial condition, results of operations, cash flows, business strategies, operating efficiencies or synergies, divestitures, competitive position, growth opportunities, share repurchases, dividend payments, plans and objectives of management and other matters. Such statements are subject to numerous assumptions, risks, uncertainties and other factors that could cause actual results to differ materially from those described in such statements, many of which are outside of our control. Furthermore, many of these risks and uncertainties are currently amplified by and may continue to be amplified by or may, in the future, be amplified by the coronavirus disease 2019 ("COVID-19") crisis and the impact of varying private and governmental responses that affect our customers, employees, vendors and the economies and communities where they operate.*

*Important factors that could cause actual results to differ materially from those described in forward-looking statements include, but are not limited to:*

- *the uncertainty of the magnitude, duration, geographic reach of the COVID-19 crisis, its impact on the global economy and the impact of current and potential travel restrictions, stay-at-home orders, vaccine mandates and economic restrictions implemented to address the crisis;*
- *our inability to succeed in our strategic objectives;*
- *the risk of liability or damage to our reputation resulting from security incidents, including breaches, and cyber-attacks to our systems and networks and those of our business partners, insider threats, disclosure of sensitive data or failure to comply with data protection laws and regulations in a rapidly evolving regulatory environment; in each case, whether deliberate or accidental;*
- *our inability to develop and expand our service offerings to address emerging business demands and technological trends, including our inability to sell differentiated services amongst our offerings;*
- *our inability to compete in certain markets and expand our capacity in certain offshore locations and risks associated with such offshore locations such as Russia's recent invasion of Ukraine;*
- *failure to maintain our credit rating and ability to manage working capital, refinance and raise additional capital for future needs;*
- *our indebtedness;*
- *the competitive pressures faced by our business;*
- *our inability to accurately estimate the cost of services, and the completion timeline of contracts;*
- *execution risks by us and our suppliers, customers, and partners;*
- *the risks associated with natural disasters;*
- *our inability to retain and hire key personnel and maintain relationships with key partners;*
- *the risks associated with prolonged periods of inflation or current macroeconomic conditions, including the current decline in economic growth rates in the United States and in other countries, including the possibility of reduced spending by customers in the areas we serve, the success of our cost-takeout efforts, continuing unfavorable foreign exchange rate movements, and our ability to close new deals in the event of an economic slowdown;*
- *the risks associated with our international operations, such as risks related to currency exchange rates and the withdrawal of U.K. from the European Union on January 31, 2020;*
- *our inability to comply with governmental regulations or the adoption of new laws or regulations, including social and environmental responsibility regulations, policies and provisions;*
- *our inability to achieve the expected benefits of our restructuring plans;*
- *inadvertent infringement of third-party intellectual property rights or our inability to protect our own intellectual property assets;*
- *our inability to procure third-party licenses required for the operation of our products and service offerings;*
- *risks associated with disruption of our supply chain;*
- *our inability to maintain effective internal control over financial reporting;*