**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| In re DXC Technology Company Securities Litigation | ) ) ) ) ) ) ) )   Civil Action No. 1:24-cv-01351-AJT-WEF |

## JUDGMENT

Pursuant to the order of this Court entered on 3/27/2025  and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of defendants DXC Technology Company, Robert F. Del Bene, Michael J. Salvino, Kenneth P. Sharp and against lead plaintiff Sparinvest S.A..

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
      S. Williams
      Deputy Clerk

Dated: 3/27/2025
Alexandria, Virginia